BROWN GAVALAS & FROMM LLP
Attorneys for Petitioners
ROXY INC., MEMPHIS SHIPPING PTE LTD.,
DYNASTIC MARITIME INC. and
SAMANTHA SHIPMANGEMENT GROUP
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROXY INC., MEMPHIS SHIPPING PTE LTD.,
DYNASTIC MARITIME INC. and
SAMANTHA SHIPMANGEMENT GROUP,         Case No: 12 Civ.

                *Petitioners*,

   -against-

INTERNATIONAL OIL OVERSEAS INC.,
MARINA WORLD SHIPPING CORP.,           **DECLARATION OF**
GRESHAM WORLD SHIPPING CORP.,          **STELLA ALEXANDRI**
TARAZONA SHIPPING CO., S.A., QUOIN
ISLAND MARINE WL, BAKRI TRADING CO.
INC., SCHIFF HOLDING CO. S.A., and
TRANS MEDITERRANEAN SHIPPING INC.,

                *Respondents*.
-----------------------------------------------------------X

    I, Stella Alexandri, submit this declaration in support of the Verified Petition of ROXY INC., MEMPHIS SHIPPING PTE LTD., DYNASTIC MARITIME INC. and SAMANTHA SHIPMANGEMENT GROUP ("Petitioners") to Recognize, Confirm, and Enforce a Foreign Arbitral Award in favor of the Petitioners and against respondent INTERNATIONAL OIL OVERSEAS INC. ("IOOI"), as well as to recognize, confirm, and enforce said award against IOOI's alter egos, MARINA WORLD SHIPPING CORP., GRESHAM WORLD SHIPPING CORP., TARAZONA SHIPPING CO., S.A., QUOIN ISLAND MARINE WL, BAKRI

TRADING CO. INC., SCHIFF HOLDING CO. S.A., and TRANS MEDITERRANEAN SHIPPING INC., as follows:

1. I am Manager of Claims at Eurotankers Inc. ("Eurotankers"). At all material times, Eurotankers was the manager of the vessels NOSTOS, MEMPHIS, VERES, and GENIE, on behalf of Petitioners.

2. I submit this Declaration based on facts and information known to me personally, as well as documents and information maintained in the files of Eurotankers on behalf of Petitioners, all of which I believe to be true and accurate.

3. I certify that the attached following documents are true and accurate copies of the original documents:

a. Charterparty Recap dated September 9, 2009, between Roxy Inc. and IOOI, adopting the standard terms of the ASBATANKVOY form, agreed to charter the vessel NOSTOS (Exhibit "A");

b. Charterparty Recap dated April 8, 2010, between Roxy Inc. and IOOI, adopting the standard terms of the ASBATANKVOY form, agreed to charter the vessel NOSTOS (Exhibit "B");

c. Charterparty dated August 31, 2010, between Memphis Shipping Pte Ltd. and IOOI, agreed to charter the vessel MEMPHIS (Exhibit "C");

d. Charterparty Recap dated September 4, 2010, between Memphis Shipping Pte Ltd. and IOOI, agreed to charter the vessel MEMPHIS (Exhibit "D");

e. Charterparty Recap dated July 8, 2010, between Dynastic Maritime Inc. and IOOI, adopting the standard terms of the ASBATANKVOY form, agreed to charter the vessel VERES (Exhibit "E");

2

f. Charterparty Recap dated May 16, 2010, between Samantha Shipmanagement Group and IOOI, agreed to charter the vessel GENIE (Exhibit "F");

g. The Final Arbitration Award dated September 19, 2011, which resolves certain disputes arising from the above charterparties (Exhibit "G").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of May 2012, at Piraeus, Greece.

_____
STELLA ALEXANDRI