# EXHIBIT "A"

## Operation2

| | |
|---|---|
| From: | tankers@optimashipbrokers.gr |
| Sent: | Τετάρτη, 9 Σεπτεμβρίου 2009 4:24 μμ |
| To: | Eurotankers |
| Subject: | [SPAM]: RE: MT "NOSTOS" / IOOI - C/P: 09/09/09 |

 

IOOI Additional    Nostos - Q88 (6
Clauses Jan 20...   Feb 09).pdf (1...    TO..: "EUROTANKERS INC"

ATTN: MR MICHALIS GOTSIS
FROM: "Optima Tankers"<tankers@optimashipbrokers.gr>
DATE: 09-ÓÅÐ-2009 16:23
MSG.: 11524784

TO : EUROTANKERS
ATT: MICHALIS GOTSIS


RE: MT "NOSTOS" / IOOI - C/P: 09/09/09
=========================================


WE ARE PLEASED TO RECAP FOLLOWING FIXTURE CONCLUDED ON YOUR AURTHORITY
WITH ALL SUBJECTS FULLY LIFTED AND CLEAN FIXED ON THE FOLLOWING TERMS
AND CONDITIONS:-

---

STRICTLY PRIVATE & CONFIDENTIAL

---

C/P DATE        : 09/09/09

CHARTER PARTY    : ASBATANKVOY

ACCOUNT        : INTERNATIONAL OIL OVERSEAS INC OR NOMINEE TO BE FULLY
                 GUARANTEED BY IOOI

OWNERS         : ROXY INCORPORATED
                 80 BROAD STREET,
                 MONROVIA, LIBERIA

T.O./C.O       : EUROTANKERS INC
                 99 AKTI MIAOULI STR
                 18535 PIRAEUS

VESSEL         : VESSEL : NOSTOS
                 DESCRIPTION AS PER ATTACHED UPDATED Q88

1

LAST 3 CARGOES : FUEL / FUEL / FUEL

ITINERARY      : UNDER IOOI C/P

CARGO/QUANTITY   : CHOP UPTO FULL CGO 1/2 GRADES FUEL OIL WVNS.

HEAT          : VESSEL TO MAINTAIN LOADED TEMP MAX 135 DEG F.
              MAX LOADED TEMP 160 DEG F

FOR

LOADPORT      : 1 SP/STS FUJAIRAH

DISCHARGING     : 1 SP KARACHI

LAYCAN        : 15TH - 16TH SEPTEMBER 2009(0001-2359)

              - TO BE NARROWED DOWN INTO 1 DAY ON CHOPT DECLARABLE LATEST
              BY 12HRS LONDON ON 11TH SEPTEMBER 2009.

FREIGHT       : L/S USD 240,000 BSS 1/1

DEMURRAGE      : USD 16.000/- PDPR

LAYTIME       : 84 HRS

- ASBATANKVOY C/P

- ANY TAXES AND/OR DUES ON CARGO AND/OR FREIGHT AND/OR VESSEL TO BE
  FOR CHARTERERS ACCOUNT AND TO BE SETTLED DIRECTLY BY THEM.

- WORLDSCALE TERMS AND CONDITIONS 2009 TO APPLY

- GENERAL AVERAGE / ARBITRATION:  ENGLISH LAW TO APPLY

- ALL COST/TIME/RISK FOR OBTAINING DOMESTIC LICENSE/PERMIT FOR TRADING
  COASTAL OR DOMESTIC. IF ANY TO BE FOR CHTRS ACCOUNT - (CHRTS ADVISE
  THIS IS NOT COASTAL OR DOMESTIC VOYAGE SO N/A)

  OWNERS INTERIM PORT CLAUSE

CHARTERERS TO PAY FOR ADDITIONAL INTERIM LOAD/DISCH PORT AT COST AS FOLLOWS

DEVIATION: ACUTAL ADDITIONAL STEAMING TIME INCURRED AS PER MASTER'S
STATEMENT
FOR DEVIATION WHICH EXCEEDS DIRECT PASSAGE FROM FIRST LOADPORT TO FINAL
DISCHARGE PORT.

PORTTIME: TIME TO COUNT IN FULL FROM ARRIVAL PILOT STATION INTERIM
LOAD/DISCHARGE PORT UNTIL DROPPING LAST OUTWARD PILOT INTERIM LOAD/DISCH
PORT
I.E. NO ALLOWANCE FOR NOTICE TIME, NOR

DEDUCTION FOR SHIFTING EVEN FROM ANCHORAGE TO FIRST BERTH AND NO DEDUCTION

2

FOR
TIME LOST DUE TO TIDE, SEA AND WEATHER CONDITIONS.

COST: DEVIATION AND TIME USED TO BE CALCULATED AT DEMURRAGE RATE PER DAY PRO
RATA, PLUS COST FOR ALL ADDITIONAL BUNKERS CONSUMED DURING THE DEVIATION AS
WELL AS ALL BUNKERS USED IN PORT AS PER MASTERS E-MAIL STATEMENT.

PAYMENT: DEVIATION + TIME USED + ALL BUNKERS CONSUMED TO BE PAID TOGETHER
WITH
FREIGHT AS PER OWNERS E-MAILED INVOICE WITH SUPPORTING DOCUMENTS + LAST
BUNKER
INVOICE, WHICH LATER TO BE SUPPORTED BY ORIGINAL INVOICE AND BUNKER INVOICE.

ALL PORT COSTS TO BE FOR CHARTERERS ACCOUNT, AND TO BE PAID DIRECTLY BY THEM

OWNRS STS CLAUSE TO APPLY
-------------------------
CHARTERER'S OPTION TO PERFORM STS OPERATION AT A SAFE PLACE, HOWEVER ALWAYS
SUBJECT TO OWNER'S/MASTER'S APPROVAL WHICH SHALL NOT BE UNREASONABLE
WITHHELD.

ANY TRANSSHIPMENT OPERATION TO CONFORM TO STANDARD NOT LESS THAN THOSE SET
OUT
IN THE LATEST EDITION OF ICS/OCIMF STS GUIDE - PETROLEUM AND OWNER
UNDERTAKES
THAT THE VESSEL AND HER CREW WILL COMPLY WITH SUCH RECOMMENDATIONS.

CHARTERERS SHALL PROVIDE AND PAY FOR ALL NECESSARY
EQUIPMENT, LIGHTINGS INCLUDING FENDERS AND HOSES. OWNERS SHALL PERMIT
SUPERVISORY

PERSONNEL NOMINATED BY CHARTS TO ATTEND ON BOARD, ALWAYS AT CHART'S RISK AND
EXPENSE, INCLUDING MOORING MASTER, TO ASSIST IN THE TRANSSHIPMENT OPERATION.
ALL PORT CHARGE INCL AGENCY FEE AT STS OPERATION, IF INCURRED, TO BE FOR
CHRTS
ACCOUNT AND SETTLED DIRECTLY BY CHTRS.

ALL TIME FROM VESSEL ARRIVAL AT STS LOCATION UNTIL VSL CAST OFF
FROM STS VESSEL TO COUNT AS FULL LAYTIME, OR AS TIME ON DEMURRAGE IF ON
DEMURRAGE,

WEATHER PERMITTING OR NOT. LIGHTERAGE OPERATIONS ARE TO BE AT THE SOLE
DISCRETION

OF THE MASTER AT ALL TIMES WHICH SHALL NOT BE UNREASONABLE WITHHELD AND IF
THE
MASTER AT ANY TIME CONSIDERS THAT THE LIGHTERAGE OPERATIONS ARE, OR ARE
ABOUT
TO BECOME UNSAFE, THEN HE MAY ORDER THAT THEY BE DISCONTINUED. WHETHER OR
NOT
OPERATIONS ARE DISCONTINUED, ALL TIME WILL BE CONSIDERED AS LAYTIME OR
DEMURRAGE.

3

REGARDING SAFETY ASPECTS OF STS AND OPERATIONS, MASTER WILL HAVE THE FINAL
AUTHORITY. ANY LIGHTENING/LIGHTERAGE VESSEL SHALL HAVE VALID IMO CERTIFICATE
OF FITNESS AND VALID ISSC CERTIFICATE AND BE OPERATED IN COMPLIANCE
THEREWITH.

- OTHERWISE INTERNATIONAL OIL OVERSEAS INC (ADDITIONAL CLAUSES FOR
ASBATANKVOY)

DATED 20.01.2009 WITH FOLLOWING AMMENDMENTS AS FOLLOWS:

1. A. AT THE END, ADD 'ALL REFERENCES TO SHIP TO SHIP TRANSFER AND
LIGHTERING
   TO BE DELETED IN THE CHARTERER ADDITIONAL TERMS. FOR STS, ALL REFERENCE
MAKE
   TO OWNERS STS CLAUSE

   G. ALL REFERENCE ON TELEX TO BE CHANGED TO ELECTRONIC EMAIL FOR THE
   PURPOSE OF THIS CHARTER PARTY

2. B. DELETE ENTIRE PARAGRAPH

3. C) ADD IN THE START OF PARAGRAPH " TO BEST OF OWNR'S KNOWLEDGE'
   F) AFTER VOYAGES INSTRUCTION ADD 'IN ACCORDANCE TO CHARTER PARTY TERMS
   AND CONDITIONS AND MAIN TERMS."
   H) AT THE END, DELETE "AND BUNKER OIL BUNKERING"
   I) ADD IN THE START OF PARAGRAPH, "TO BEST OF OWNR'S KNOWLEDGE'
   AT THE END, DELETE " OWNERS FURTHER WARRANTS..... THROUGHT THE PERIOD OF
   THIS CHARTER"

   M) II. DELETE AS PER MAIN TERMS
     III. DELETE WHOLE PARAGRAPH (AS PER Q.88)
     IV. DELETE INSERT "AS PER Q88"

   N) I. AFTER FULL, ADD 'HOMOGENOUS'
     III. DELETE WHOLE PARAGRAPH (AS PER Q.88)

   Q) INSERT 'BALLAST/LADEN SPEED 12.0KNOT BASIS WEATHER PERMITTING AND SAFE
     NAVIGATION

   S) I. DELETE WHOLE PARAGRAPH

   T) II. DELETE WHOLE PARAGRAPH AND INSERT

   'OWNERS SHALL ALSO COMPLY WITH AND MAINTAIN THE VESSEL THROUGHOUT THE
   CURRENCY
    OF THIS CHARTER IN COMPLIANCE WITH ALL CLASSIFICATION SOCIETY REGULATIONS
   AS
    WELL AS FLAG STATE, ANY GOVERNMENT AUTHORITY AT THE PORT(S) OF LOADING AND
    DISCHARGING FOR THE CARRIAGE OF HEAVY GRADE OIL.'

     III. DELETE WHOLE PARAGRAPH AND INSERT

   'OWNERS UNDERTAKE TO INDEMNIFY AND HOLD CHARTERERS FREE AND HARMLESS FROM
   ANY

4

AND ALL CLAIMS, COSTS, EXPENSES, LOSSES, AND CONSEQUENCES OF WHATSOEVER
NATURE,
WHICH OWNERS MAY INCUR AS A RESULT, EITHER DIRECTLY OR INDIRECTLY, OF THE
THEIR

NON-COMPLIANCE WITH THE APPLICABLE MARPOL REGULATIONS, AND/OR FLAG STATE
AND/OR
GOVERNMENTAL LAWS AND REGULATIONS OR OTHER CONDITIONS REGARDING THE CARRIAGE
OF
HEAVY FUEL OIL ON BOARD M.T. NOSTOS.'

 U) ADD AT END "ONLY IF SOLELY IN THE CASE OF OWNERS/MASTERS FAULT"

4. B) AT THE END, ADD : 'IF TIME PERMITS'

5 . DELETE AND REPLACE WITH FOLLOWING:

IN THE EVENT OF A CHANGE IN DISCHARGE PORT NAMED IN BILLS OF LADING OR IF
THE
BILLS OF LADING ARE NOT AVAILABLE AT DISCHARGE PORT(S), THE CARGO IS TO BE
RELEASED BY OWNERS AGAINST A LETTER OF INDEMNITY SIGNED BY AN AUTHORIZED
SIGNATORY OF CHARTERERS IN OWNERS' P&I CLUB  WORDING  WITHOUT BANK GUARANTEE
OR
COUNTER SIGNATURE.

6. DELETE WHOLE CLAUSE, AS PER ASBANTANKVOY AND MAIN TERMS

7. DELETE WHOLE CLAUSE, AS PER ASBANTANKVOY AND MAIN TERMS

8. A) AT THE END, DELETE, "ALL TIME SPENT.... AS TIME ON DEMURRAGE."

   ADD,  "CARGO MEASUREMENT INSTRUCTIONS TO BE INCORPORATED IN VOYAGE ORDERS
BY
CHTRS"
 B) AT THE END, ADD ' SAME TO BE INCORPORATED IN VOYAGE ORDERS BY CHTRS"
 C) AFTER PUMPABLE OIL ADD 'BY MEANS OF VESSEL FIXED PUMPS'
   AT THE END ADD 'BY MEANS OF VESSEL FIXED PUMPS'
 D) AFTER EXPENSES, ADD 'TIME AND RISK'
 E) DELETE 'DEPRESSURIZATION...... ORGANIZATION'

9. A) DELETE
 B) ADD AT END "ANY BUNKERS CONSUMED AS PER ABOVE OPERATION AND BASIS
MASTERS
 EMAIL STATEMENT TO BE PAID TOGETHER WITH FRIEGHT AS PER OWNERS LAST
BUNKER
  INVOICE".

  C) DELETE

10. DELETE WHOLE CLAUSE, AS PER MAIN TERMS
   ADD, FREIGHT PAYABLE IN USD BY TELEGRAPHIC TRANSFER TO OWNRS DESIGNATED
BANK

   ACCOUNT AS FOLLOWS:

5

HEREBELOW PLS FIND OUR BANK DETAILS IN US CURRENCY:

Payable by telegraphic Transfer to :
NATIONAL BANK OF GREECE
branch 196
2, Bouboulinas Str., & Akti Miaouli
Piraeus 185 35
Greece

swift : ETHNGRAA
via N.Y. corresp : Bank of New York swift IRVTUS3N    or
J P Morgan Chase swift  CHASUS33
Beneficiary EUROTANKERS INC
Account number   196-931882-86

11. DELETE WHOLE CLAUSE

12. A) DELETE '1200 HRS' AND REPLACE WITH '0001 HRS'
     B) AT THE END, ADD MAX 3 HOURS FOR WAITING DOCUMENTS TO BE FOR
        OWNER'S ACCOUNT.
     C) DELETE 'BALLASTING AND DEBALLASTING AND'
     D) DELETE , ' OWNERS WARRANTS..... WHICHEVER IS SOONER"
        AFTER ATTRIBUTE, ADD 'SOLELY FOR VESSEL PURPOSE'
     G) AT THE END, ADD, SUBJECT ALL SIGNATURES AND STAMPS CAN BE OBTAINABLE
        AND AVAILABLE
     E) DELETE

13. A) DELETE WHOLE PARAGRAPH
     C) DELETE WHOLE PARAGRAPH
     F) I. LINE ONE AFTER PER HOUR INSERT"WITH ALL MANIFOLD CONNECTIONS ON"
          LINE TWO AFTER PER HOUR INSERT"WITH ALL MANIFOLD CONNECTIONS ON"

        II.LINE 3 AFTER WORDS "AVERAGE PRESSURE" INSERT '100 PSI'
           AFTER WORD 'MANIFOLD'DELETE UNTIL 'WHERE THE TERMINAL REQUIRES'
           LINE 11, DELETE ; 'TOTALING IN EXCESS OF 6 HOURS'
           LINE 13, AFTER DEMURRAGE DELETE ' LESS ANY CRUDE OIL WASHING....
           ALLOWANCES' (APOLOGIES ON TYPO, THIS SHLD BE ITEM II)
        III. LINE 9 DELETE ALL ' ANY SLOWDOWN..... RESTARTING PUMPS'
           AFTER PERIOD OF DISCHARGE,
        IV. DELETE WHOLE PARAGRAPH
     G) LINE 2: AFTER 'REQUIRED', DELETE 'BY LAW'
        LINE 7: AFTER OWNR'S OPTION, DELETE 'BUT WILL NOT... UNDER CLAUSE
        13(F)(II)
        LINE 12 : AFTER PUMPABLE, ADD 'BY MEANS OF VESSEL FIXED PUMPS'

14 B)  I. AT THE END,   INSERT, 'SUCH DELAYS SHALL COUNT AS ONE HALF
LAYTIME
        OR,
        IF ON DEMURRAGE, AS ONE HALF DEMURRAGE RATE.'
        II. DELETE
        IV. DELETE 'OR PORT AUTHORITY'
        V. AT THE END, 'SUCH DELAYS SHALL COUNT AS ONE HALF LAYTIME OR, IF
ON

- DEMURRAGE, AS ONE HALF DEMURRAGE RATE.'
    VIII. LINE 1 : AFTER QUARANTINE, ADD IF SOLELY FAULT OF OWNRS/VESSEL.
        LINE 4 : DELETE, 'TIME SPENT ..... AS TIME ON DEMURRAGE.'

    AT THE END, INSERT 'SUCH DELAYS SHALL COUNT AS ONE HALF LAYTIME OR,

    IF ON DEMURRAGE, AS ONE HALF DEMURRAGE RATE.'

15 A) LINE 2 : DELETE '(SELECTED AND HIRED..... CHARTERERS)' AND REPLACED WITH
MUTUALLY AGREED WITH CHARTERS AND OWNERS

    LINE 6 : DELETE '0.1 PERCENT' REPLACED WITH '0.5 PERCENT'

    B) LINE 6 : AFTER LIQUID ADD "REACHABLE"

    LINE 9 : DELETE 'DEDUCT FROM FREIGHT' AND REPLACED WITH 'CLAIM FROM

    OWNERS'

    LINE 11: DELETE 'PLUS' AND REPLACED WITH 'OR'

    AT THE END ADD, 'OWNERS SHALL NOT BE RESPONSIBLE TO ANY CLAIMS ARISING

    3RD PARTIES/ SUPPLIER/ RECEIVERS.

16. DELETE WHOLE CLAUSE

17. A) LINE 5 AFTER CARGO TEMPREATURE INSERT(18 MT OF FUEL OIL PER ONE DEG

    CENTIGRADE)

    LINE 7 AFTER TEMPERATURE INSERT "AS PER MASTERS EMAIL STATEMENT BASED
ON

    LAST BUNKER INVOICE PRICE AND PAID TOGETHER WITH FREIGHT"

    LINE 7 DELETE FROM 'AS AFORESAID....... UNTIL "ARE NEXT TAKEN'

18. DELETE WHOLE CLAUSE

19. A) DELETE, 'ALL TIME LOST... SHALL BE FOR OWNER'S SOLE ACCOUNT.

    ADD, 'VESSEL'S LOADABLES ARE ALWAYS SUBJECT TO PERMISSIBLE DRAFTS AT
ALL
ENDS AND

7

SUBJECT TO SAFETY, TRIM AND STRESS OF THE VESSEL.'

20. DELETE WHOLE CLAUSE, OWNERS STS CLAUSE TO APPLY

21. A) DELETE

  B) DELETE

22. A) AFTER CHARTERER'S REPRESENTATIVE, ADD 'SUBJECT TO OWNERS TECHNICAL MANAGEMENT APPROVAL'

    LINE 4 :  DELETE 'OFFICER'

  B) DELETE WHOLE PARAGRAPH

  C)IS TYPO DELETE

23. DELETE WHOLE CLAUSE

24. DELETE WHOLE CLAUSE AND REPLACED WITH

- ISPS BIMCO CLS REVISED BY CHEV. FOR VOYAGE CHARTER TO APPLY

REVISED BIMCO ISPS CLAUSE* (4-28-04)

(A)  (I) FROM THE DATE OF COMING INTO FORCE OF THE INTERNATIONAL CODE FOR THE

SECURITY OF SHIPS AND OF PORT FACILITIES AND THE RELEVANT AMENDMENTS TO CHAPTER
XI

OF SOLAS (ISPS CODE) IN RELATION TO THE VESSEL, THE OWNERS SHALL PROCURE THAT
BOTH

THE VESSEL AND "THE COMPANY" (AS DEFINED BY THE ISPS CODE) SHALL COMPLY WITH THE

REQUIREMENTS OF THE ISPS CODE RELATING TO THE VESSEL AND "THE COMPANY". UPON REQUEST

THE OWNERS SHALL PROVIDE A COPY OF THE RELEVANT INTERNATIONAL SHIP SECURITY

8

CERTIFICATE

(OR THE INTERIM INTERNATIONAL SHIP SECURITY CERTIFICATE) TO THE CHARTERERS. THE
OWNERS

SHALL PROVIDE THE CHARTERERS WITH THE FULL STYLE CONTACT DETAILS OF THE COMPANY
SECURITY

OFFICER (CSO).


(II) EXCEPT AS OTHERWISE PROVIDED IN THIS CHARTER PARTY, LOSS, DAMAGE, EXPENSE
OR DELAY,

EXCLUDING CONSEQUENTIAL LOSS, CAUSED BY FAILURE ON THE PART OF THE OWNERS OR "THE COMPANY"

TO COMPLY WITH THE REQUIREMENTS OF THE ISPS CODE OR THIS CLAUSE SHALL BE FOR THE OWNERS' ACCOUNT.


(B) (I) THE CHARTERERS SHALL PROVIDE THE CSO AND THE SHIP SECURITY OFFICER (SSO)/MASTER

WITH THEIR FULL STYLE CONTACT DETAILS AND ANY OTHER INFORMATION THE OWNERS REQUIRE TO

COMPLY WITH THE ISPS CODE.


(II) EXCEPT AS OTHERWISE PROVIDED IN THIS CHARTER PARTY, LOSS, DAMAGE, EXPENSE,
EXCLUDING

CONSEQUENTIAL LOSS, CAUSED BY FAILURE ON THE PART OF THE CHARTERERS TO COMPLY
WITH THIS

CLAUSE SHALL BE FOR THE CHARTERERS' ACCOUNT AND ANY DELAY CAUSED BY SUCH FAILURE SHALL

BE COMPENSATED AT THE DEMURRAGE RATE.


(C) PROVIDED THAT THE DELAY IS NOT CAUSED BY THE OWNERS' FAILURE TO COMPLY WITH
THEIR

9

OBLIGATIONS UNDER THE ISPS CODE, AND THAT THE MEASURES IMPOSED BY THE PORT FACILITY OF

RELEVANT AUTHORITIES APPLIES TO ALL VESSELS IN THAT PORT AND NOT SOLELY TO THE
OWNER'S

VESSEL, THE FOLLOWING SHALL APPLY:


(I) NOTWITHSTANDING ANYTHING TO THE CONTRARY PROVIDED IN THIS CHARTER PARTY, THE VESSEL

SHALL BE ENTITLED TO TENDER NOTICE OF READINESS EVEN IF NOT CLEARED DUE TO APPLICABLE

SECURITY REGULATIONS OR MEASURES IMPOSED BY A PORT FACILITY OR ANY RELEVANT AUTHORITY

UNDER THE ISPS CODE.


(II) ANY DELAY RESULTING FROM MEASURES IMPOSED BY A PORT FACILITY OR BY ANY RELEVANT

AUTHORITY UNDER THE ISPS CODE SHALL COUNT AS HALF-LAYTIME OR HALF-TIME ON DEMURRAGE

IF THE VESSEL IS ON LAYTIME OR DEMURRAGE. IF THE DELAY OCCURS BEFORE LAYTIME HAS

STARTED OR AFTER LAYTIME OR TIME ON DEMURRAGE HAS CEASED TO COUNT, IT SHALL BE

COMPENSATED BY THE CHARTERERS AT ONE HALF THE DEMURRAGE RATE AND ALWAYS IN

ACCORDANCE WITH A(II).


(D) NOTWITHSTANDING ANYTHING TO THE CONTRARY PROVIDED IN THIS CHARTER PARTY, ANY

ADDITIONAL COSTS OR EXPENSES WHATSOEVER SOLELY ARISING OUT OF OR RELATED TO SECURITY
REGULATIONS OR MEASURES REQUIRED BY THE PORT FACILITY OR ANY RELEVANT AUTHORITY
IN ACCORDANCE WITH THE ISPS CODE INCLUDING, BUT NOT LIMITED TO, SECURITY GUARDS,
LAUNCH SERVICES, TUG ESCORTS, PORT SECURITY FEES OR TAXES AND INSPECTIONS, UNLESS SUCH

10

COSTS OR EXPENSES RESULT SOLELY FROM THE OWNERS' NEGLIGENCE, SHALL BE SHARED
EQUALLY BETWEEN OWNER AND CHARTERER. ALL MEASURES REQUIRED BY THE OWNERS TO
COMPLY
WITH THE SHIP SECURITY PLAN SHALL BE FOR THE OWNERS' ACCOUNT.


(E) IF EITHER PARTY MAKES ANY PAYMENT WHICH IS FOR THE OTHER PARTY'S ACCOUNT
    ACCORDING TO THIS CLAUSE, THE OTHER PARTY SHALL INDEMNIFY THE PAYING
PARTY.

25. DELETE AND REPLACE WITH EXXON WAR RISK CLAUSE
    EXXONMOBIL WAR RISK CLAUSE TO APPLY.
    EXXON WAR RISK CLAUSE (REVISED 18TH OCTOBER 2001)

A. EXCEPT AS PROVIDED IN PARAGRAPH (B) BELOW, OWNER SHALL PROVIDE AND PAY
   FOR ANY WAR RISK INSURANCE(S) ON THE VESSEL'S HULL AND MACHINERY, LOSS OF
   EARNINGS AND DETENTION, CREW AND THEIR PROTECTION AND INDEMNITY RISKS.


B. ADDITIONAL WAR RISK INSURANCE PREMIUMS ("ADDITIONAL PREMIUM") AND CREW
   BONUSES ("CREW BONUSES") INCURRED AS A RESULT OF THE VESSEL ENTERING AN
   EXCLUDED AREA FOR CHARTERER'S PURPOSES UNDER THE VESSEL'S THEN CURRENT
   WAR RISK INSURANCE(S) SHALL BE FOR CHARTERER'S ACCOUNT, NET OF ALL
   DISCOUNTS OR REBATES, PROVIDED ALWAYS THAT THE AMOUNT IS BASED ON THE
   INSURED VESSEL VALUE PROVIDED TO CHARTERER PRIOR TO FIXING, CHARTERER IS
   GIVEN NOTICE OF THE AMOUNT OF SUCH ADDITIONAL PREMIUM AND/OR CREW BONUSES
   AS SOON AS POSSIBLE AND, IN ANY EVENT, BEFORE SUCH ADDITIONAL PREMIUM AND
   CREW BONUSES ARE PAID.

C. FOR THE PURPOSES OF THIS CLAUSE, CREW BONUSES ARE DEFINED AS MANDATORY
   PAYMENTS IMPOSED BY THE GOVERNMENT TO WHOSE LAWS OWNERS ARE SUBJECT. ANY
   OTHER BONUS PAID BY OWNERS TO THE OFFICERS AND/OR CREW IN RESPECT OF THE
   VOYAGE PERFORMED PURSUANT TO THIS CHARTER SHALL BE FOR OWNER'S ACCOUNT.

D. SUCH ADDITIONAL SURCHARGES AND EXPENSES THAT ARE FOR CHARTERER'S ACCOUNT
   ARE PAYABLE BY CHARTERER TOGETHER WITH FREIGHT AGAINST OWNER'S INVOICE
   WITH FULL SUPPORTING DOCUMENTS, INCLUDING ALL ASSOCIATED DEBIT AND
   CREDITS NOTES.

E. THE AMOUNTS OF ANY PRESENT OR FUTURE DISCOUNT, OR REBATE, ON ADDITIONAL
   PREMIUM REFUNDED TO OWNER FROM THEIR WAR RISK INSURERS, UNDERWRITERS OR
   BROKERS SHALL, AT CHARTERER'S OPTION, BE CREDITED OR PAID TO THE
   CHARTERER  IN FULL.

F. IN ALL CASES, ANY PREMIUMS AND INCREASES ASSOCIATED WITH CLOSURE
   INSURANCE, INCLUDING "BLOCKING AND TRAPPING", SHALL BE FOR OWNER'S
   ACCOUNT.

27   B) LINE 2 DELETE "OR FUTURE"
     LINE 6 DELETE "OR FUTURE"

28. A) AT THE END, ADD 'PROVIDED COMPETITIVE'

11

B) DELETE WHOLE CLAUSE
C) LINE ONE AFTER SUPERCARGO INSERT "SUBJECT TO SHIP MANAGEMENT APPROVAL
   WHICH NOT TO BE UNREASONABLY WITHHELD"
   LINE TWO DELETE WORD "GOOD"
   LINE THREE DELETE 7 INSERT 20

30. DELETE WHOLE CLAUSE AND REPLACE, FORMAL CHARTER PARTY TO BE PREPARED.

31 A) INSERT "USD 34,000,000"
   LINE 3 AND 4 : DELETE OWNERS, REPLACED WITH CHARTERERS
   LINE 5, DELETE 'CHARTERER SHALL.... OWNER'S RESPONSIBILITY"

32. DELETE WHOLE CLAUSE AND REPLACE:
SHOULD IT BECOME APPARENT TO THE OWNERS THAT THE VESSEL WILL MISS HER
CANCELLING DATE,THE OWNERS WILL PROPOSE A NEW 1 DAY LAYCAN TO THE
CHARTERERS.
CHARTERERS TO CONFIRM WITHIN TWO WORKING DAYS IF THEY AGREE THE NEW LAYCAN
OR
CANCEL THE CHARTER WITH NO LIABILITIES TO ALL PARTIES. IF CHARTERERS DO NOT
RESPOND TO THE PROPOSED NEW LAYCAN WITHIN TWO WORKING DAYS THEN THE PROPOSED
NEW LAYCAN SHALL BE DEEMED TO BE ACCEPTED BY THE CHARTERERS.

33. A) LINE 2 : REPLACED 'TELEX' WITH 'WRITTEN OR EMAIL'
    LINE 2 : REPLACED '30' WITH '90'
    AT THE END ADD, 'ALL DOCUMENTS ARE SUBJECT BEING OBTAINABLE.'
    B) LINE 4 : AFTER SUPPORTING DOCUMENT. ADD ' IF OBTAINABLE'

34. DELETE WHOLE CLAUSE, AS PER MAIN TERMS

- 2.5% ADDRESS COMMISSION DEDUCTED AT SOURCE ON FR/DFRT/DEM
  1.25% TO OPTIMA SHIPBROKERS LTD ON FR/DEM

END

- TRUST ALL ABOVE IN ORDER, PLS CONFIRM

- THANK YOU VERY MUCH FOR YOUR CO-OPERATION AND SUPPORT.

Best Regards
Konstantinos S. Heliotis

OPTIMA SHIPBROKERS LTD
Office : +30 210 89 00024
Mob   : +30 694 8988 650
Email : tankers@optimashipbrokers.gr
Yahoo : kostas_heliotis
Web   : www.optimashipbrokers.com