# EXHIBIT "B"

Printed by: Operation2
Subject: M/T NOSTOS / INTERNATIONAL OIL OVERSEAS INC. (I.O.O.I.) - CHARTER PARTY DATED 08TH APRIL 2010 - CLEAN FIXTURE RECAP
Message Info: ID: 84099  Type: Mail
From: "Gregale Chartering" [Chartering@gregale.gr]
Sent: 8/4/2010 2:56:09 μμ
To: "'eurotankers@eurotankers.gr'" [eurotankers@eurotankers.gr],[eurotankers@eurotankers.gr]
CC: "Gregale Operation" [ops@gregale.gr], "Yiannis Maillos" [ydm@gregale.gr], "Yiannis Maillos" [ydm@gregale.gr]
Attachments: AR-M620U_20100406_154600.pdf (397.04 KB); IOOI Additional Clauses Jan 2009.pdf (324.79 KB);

Seen By: OPR2 OPR4 TECH2 LGL1 MG

DATE : 08TH APRIL 2010

TO   : EUROTANKERS INC.
ATTN : MR. MICHAEL GOTSIS

FROM : GREGALE SHIPPING KIFISSIA

RE   : M/T NOSTOS / INTERNATIONAL OIL OVERSEAS INC. (I.O.O.I.) - CHARTER PARTY DATED 08TH APRIL 2010 - CLEAN FIXTURE RE

WITH REF TO TELECON AND IN ACCORDANCE WITH YOUR INSTRUCTIONS, WE ARE PLEASED TO CONFIRM
THE FOLLOWING CLEAN FIXTURE WITH ALL SUBJECTS LIFTED IN ORDER AS AT 1430 HOURS DUBAI
TIME TODAY 08TH APRIL 2010:

STRICTLY PRIVATE & CONFIDENTIAL

ASBATANKVOY CHARTER PARTY

PREAMBLE

C/P DATED   : 08TH APRIL 2010

CHARTERER   : INTERNATIONAL OIL OVERSEAS INC. (I.O.O.I.)

OWNER       : ROXY INCORPORATED
              80 BROAD STR. MONROVIA LIBERIA

PART I

(A)

VESSEL       : M/T NOSTOS
EX-NAME      : IRON MONGER 7
SDWT         : 84,999 METRIC TONNES
SDRAFT       : 12,689 METRES
LOA          : 232.042 METRES
BEAM         : 42.00 METRES
FLAG         : LIBERIA
BUILT        : SUMITOMO HEAVY INDUSTRIES LTD / 31 MAR 1989
CLASS        : NIPON KAIJI KYOKAI
HEATERS      : 2 X 200 METRIC TONNES - TONGUE TYPE
CRUDE SIZE   : 76 MILLIMETRES
CUBIC 98 PCT : 82,222.8 M3
SLOP 98 PCT  : 7,509.60 M3
SEGREGATIONS : 4
PUMPS        : 4 X 1,875 CU. METERS/HOUR (VERTICAL CENTRIFUGAL)
TPC / TPI    : 86.00 METRIC TONNES
BCM          : 118.82 METRES
KTM          : 48.6 METRES
IGS          : YES
COW          : YES
SBT/CBT      : SBT
VRS          : NO
GRT          : 52,159
NRT          : 27,157
PCNT         : N/A
SCNT         : 57,526.13/54,438.73
DERRICK/CRANE: 1 X 15 MT
COATED       : YES
HULL         : DOUBLE SIDE
CALL SIGN    : A 8 O V 3
P AND I      : THE AMERICAN CLUB

INSURED VALUE : US$12,500,000
LAST 3 CARGOES: CRUDE OIL / FUEL OIL / FUEL OIL

APPROVALS    : TO THE BEST OF OWNERS' KNOWLEDGE: BHP

LAST SIRE REPORT: 12.01.2010 / BHP / SINGAPORE

VSL'S ITINERARY : VSL PRESENTLY PPT IN FUJAIRAH

1 3

```
(B) LAYDAYS      : COMMENCING - 0001 HRS LT ON 10 APRIL 2010.
                   CANCELLING - 2359 HRS LT ON 10 APRIL 2010.

(C) LOADING      : 1-2 SP/STS FUJAIRAH - KHOR FAKKAN RANGE

(D) DISCHARGE    : 1 S/P/B PAKISTAN.

(E) CARGO        : CHARTERERS' OPTION UPTO FULL CARGO.
                   ONE(1)/TWO(2) GRADE(S) WITHIN VESSEL'S NATURAL
                   SEGREGATION FUEL OIL. VTMLTBM 135DEG FAH MLT 165DEG FAH

(F) FREIGHT      : LUMPSUM USD 310.000 BASIS 1:1

(G) FREIGHT PAYABLE TO : OWNERS' DESIGNATED BANK

(H) LAYTIME      : 84 HOURS TTL

(I) DEMURRAGE    : USD 18,000 PD/PR

(J) COMMISSIONS  : 1.25% ADDRESS COMMISSION DEDUCTED AT SOURCE ON FR/DEM
                   +
                   1.25% TO GREGALE SHIPPING LTD ON FR/DEM

(K) GA/ARB LONDON - ENGLISH LAW
    Y/A RULES 1974 AS AMENDED 1994

(L) DELETE

(*) SPECIAL PROVISIONS:-

-  ) TAXES AND/OR DUES ON CARGO AND/OR FREIGHT AND/OR VESSEL TO BE
    FOR CHARTERERS ACCOUNT AND TO BE SETTLED DIRECTLY BY THEM.

- WORLDSCALE TERMS AND CONDITIONS 2009 TO APPLY

- GENERAL AVERAGE / ARBITRATION:  ENGLISH LAW TO APPLY

- ALL COST/TIME/RISK FOR OBTAINING DOMESTIC LICENSE/PERMIT FOR TRADING
  COASTAL OR DOMESTIC. IF ANY TO BE FOR CHTRS ACCOUNT - (CHRTS ADVISE
  THIS IS NOT COASTAL OR DOMESTIC VOYAGE SO N/A)

  OWNERS INTERIM PORT CLAUSE

CHARTERERS TO PAY FOR ADDITIONAL INTERIM LOAD/DISCH PORT AT COST AS FOLLOWS

DEVIATION: ACUTAL ADDITIONAL STEAMING TIME INCURRED AS PER MASTER'S
STATEMENT FOR DEVIATION WHICH EXCEEDS DIRECT PASSAGE FROM FIRST LOADPORT
TO FINAL DISCHARGE PORT.

PORTTIME: TIME TO COUNT IN FULL FROM ARRIVAL PILOT STATION INTERIM
LOAD/DISCHARGE PORT UNTIL DROPPING LAST OUTWARD PILOT INTERIM LOAD/DISCH
PORT I.E. NO ALLOWANCE FOR NOTICE TIME, NOR

DEDUCTION FOR SHIFTING EVEN FROM ANCHORAGE TO FIRST BERTH AND NO DEDUCTION
 ` R TIME LOST DUE TO TIDE, SEA AND WEATHER CONDITIONS.
  )
CO... ) DEVIATION AND TIME USED TO BE CALCULATED AT DEMURRAGE RATE PER DAY PRO
RATA, PLUS COST FOR ALL ADDITIONAL BUNKERS CONSUMED DURING THE DEVIATION AS
WELL AS ALL BUNKERS USED IN PORT AS PER MASTERS E-MAIL STATEMENT.

PAYMENT: DEVIATION + TIME USED + ALL BUNKERS CONSUMED TO BE PAID TOGETHER
WITH FREIGHT AS PER OWNERS E-MAILED INVOICE WITH SUPPORTING DOCUMENTS + LAST
BUNKER INVOICE, WHICH LATER TO BE SUPPORTED BY ORIGINAL INVOICE AND BUNKER INVOICE.

ALL PORT COSTS TO BE FOR CHARTERERS ACCOUNT, AND TO BE PAID DIRECTLY BY THEM.


OWNRS STS CLAUSE TO APPLY
---------------------------
CHARTERER'S OPTION TO PERFORM STS OPERATION AT A SAFE PLACE, HOWEVER ALWAYS
SUBJECT TO OWNER'S/MASTER'S APPROVAL WHICH SHALL NOT BE UNREASONABLE
WITHHELD.

ANY TRANSSHIPMENT OPERATION TO CONFORM TO STANDARD NOT LESS THAN THOSE SET
OUT IN THE LATEST EDITION OF ICS/OCIMF STS GUIDE - PETROLEUM AND OWNER
UNDERTAKES THAT THE VESSEL AND HER CREW WILL COMPLY WITH SUCH RECOMMENDATIONS.

CHARTERERS SHALL PROVIDE AND PAY FOR ALL NECESSARY
EQUIPMENT, LIGHTINGS INCLUDING FENDERS AND HOSES. OWNERS SHALL PERMIT SUPERVISORY

PERSONNEL NOMINATED BY CHARTS TO ATTEND ON BOARD, ALWAYS AT CHART'S RISK AND
EXPENSE, INCLUDING MOORING MASTER, TO ASSIST IN THE TRANSSHIPMENT OPERATION.
ALL PORT CHARGE INCL AGENCY FEE AT STS OPERATION, IF INCURRED, TO BE FOR
CHRTS ACCOUNT AND SETTLED DIRECTLY BY CHTRS.

ALL TIME FROM VESSEL ARRIVAL AT STS LOCATION UNTIL VSL CAST OFF
FROM STS VESSEL TO COUNT AS FULL LAYTIME, OR AS TIME ON  14 RAGE IF ON
```

~~DEMURRAGE, WEATHER PERMITTING OR NOT. LIGHTERAGE OPERATIONS ARE TO BE AT THE SOLE~~
DISCRETION OF THE MASTER AT ALL TIMES WHICH SHALL NOT BE UNREASONABLE WITHHELD AND IF
THE MASTER AT ANY TIME CONSIDERS THAT THE LIGHTERAGE OPERATIONS ARE, OR ARE
ABOUT TO BECOME UNSAFE, THEN HE MAY ORDER THAT THEY BE DISCONTINUED. WHETHER OR
NOT OPERATIONS ARE DISCONTINUED, ALL TIME WILL BE CONSIDERED AS LAYTIME OR
DEMURRAGE.

REGARDING SAFETY ASPECTS OF STS AND OPERATIONS, MASTER WILL HAVE THE FINAL
AUTHORITY. ANY LIGHTENING/LIGHTERAGE VESSEL SHALL HAVE VALID IMO CERTIFICATE
OF FITNESS AND VALID ISSC CERTIFICATE AND BE OPERATED IN COMPLIANCE
THEREWITH.

- OTHERWISE INTERNATIONAL OIL OVERSEAS INC (ADDITIONAL CLAUSES FOR
ASBATANKVOY)

DATED 20.01.2009 WITH FOLLOWING AMMENDMENTS AS FOLLOWS:

1. A. AT THE END, ADD 'ALL REFERENCES TO SHIP TO SHIP TRANSFER AND
      LIGHTERING TO BE DELETED IN THE CHARTERER ADDITIONAL TERMS.
      FOR STS, ALL REFERENCE MAKE TO OWNERS STS CLAUSE

   G. ALL REFERENCE ON TELEX TO BE CHANGED TO ELECTRONIC EMAIL FOR THE
      PURPOSE OF THIS CHARTER PARTY

2. B. DELETE ENTIRE PARAGRAPH

3. C) ADD IN THE START OF PARAGRAPH " TO BEST OF OWNR'S KNOWLEDGE'
   F) AFTER VOYAGES INSTRUCTION ADD 'IN ACCORDANCE TO CHARTER PARTY TERMS
      AND CONDITIONS AND MAIN TERMS."
   H) AT THE END, DELETE "AND BUNKER OIL BUNKERING"
   I) ADD IN THE START OF PARAGRAPH,  "TO BEST OF OWNR'S KNOWLEDGE'
      AT THE END, DELETE " OWNERS FURTHER WARRANTS….. THROUGHT THE PERIOD OF
      THIS CHARTER"

   M) II. DELETE AS PER MAIN TERMS
      III. DELETE WHOLE PARAGRAPH (AS PER Q.88)
      IV. DELETE INSERT "AS PER Q88"

   N) I. AFTER FULL, ADD 'HOMOGENOUS'
      III. DELETE WHOLE PARAGRAPH (AS PER Q.88)

   Q) INSERT 'BALLAST/LADEN SPEED 12.0KNOT BASIS WEATHER PERMITTING AND SAFE
      NAVIGATION

   S) I. DELETE WHOLE PARAGRAPH

   T) II. DELETE WHOLE PARAGRAPH AND INSERT

         'OWNERS SHALL ALSO COMPLY WITH AND MAINTAIN THE VESSEL THROUGHOUT THE
         CURRENCY OF THIS CHARTER IN COMPLIANCE WITH ALL CLASSIFICATION SOCIETY
         REGULATIONS AS WELL AS FLAG STATE, ANY GOVERNMENT AUTHORITY AT THE PORT(S) OF LOADING AND
         DISCHARGING FOR THE CARRIAGE OF HEAVY GRADE OIL.'

      III. DELETE WHOLE PARAGRAPH AND INSERT

         'OWNERS UNDERTAKE TO INDEMNIFY AND HOLD CHARTERERS FREE AND HARMLESS FROM
         ANY AND ALL CLAIMS, COSTS, EXPENSES, LOSSES, AND CONSEQUENCES OF WHATSOEVER
         NATURE, WHICH OWNERS MAY INCUR AS A RESULT, EITHER DIRECTLY OR INDIRECTLY, OF THE
         THEIR NON-COMPLIANCE WITH THE APPLICABLE MARPOL REGULATIONS, AND/OR FLAG STATE
         AND/OR GOVERNMENTAL LAWS AND REGULATIONS OR OTHER CONDITIONS REGARDING THE CARRIAGE
         OF HEAVY FUEL OIL ON BOARD M.T. NOSTOS.'

   U) ADD AT END "ONLY IF SOLELY IN THE CASE OF OWNERS/MASTERS FAULT"

4. B) AT THE END, ADD : 'IF TIME PERMITS'

5. DELETE AND REPLACE WITH FOLLOWING:

      IN THE EVENT OF A CHANGE IN DISCHARGE PORT NAMED IN BILLS OF LADING OR IF
      THE BILLS OF LADING ARE NOT AVAILABLE AT DISCHARGE PORT(S), THE CARGO IS TO BE
      RELEASED BY OWNERS AGAINST A LETTER OF INDEMNITY SIGNED BY AN AUTHORIZED
      SIGNATORY OF CHARTERERS IN OWNERS' P&I CLUB  WORDING  WITHOUT BANK GUARANTEE
      OR COUNTER SIGNATURE.

6. DELETE WHOLE CLAUSE, AS PER ASBANTANKVOY AND MAIN TERMS

7. DELETE WHOLE CLAUSE, AS PER ASBANTANKVOY AND MAIN TERMS

8. A) AT THE END, DELETE, "ALL TIME SPENT.... AS TIME ON DEMURRAGE."
      ADD,  "CARGO MEASUREMENT INSTRUCTIONS TO BE INCORPORATED IN VOYAGE ORDERS BY CHTRS"
   B) AT THE END, ADD ' SAME TO BE INCORPORATED IN VOYAGE ORDERS BY CHTRS"
   C) AT PUMPABLE OIL ADD 'BY MEANS OF VESSEL FIXED PUMPS'
      AT THE END ADD 'BY MEANS OF VESSEL FIXED PUMPS'
   D) AFTER EXPENSES, ADD 'TIME AND RISK'
   E) DELETE 'DEPRESSURIZATION...... ORGANIZATION'

9. A) DELETE
   B) ADD AT END "ANY BUNKERS CONSUMED AS PER ABOVE OPER/ 15 AND BASIS

      MASTERS EMAIL STATEMENT TO BE PAID TOGETHER WITH FREIGHT AS PER OWNERS LAST
      BUNKER INVOICE".

  C) DELETE

10. DELETE WHOLE CLAUSE, AS PER MAIN TERMS
    ADD, FREIGHT PAYABLE IN USD BY TELEGRAPHIC TRANSFER TO OWNRS DESIGNATED BANK

    ACCOUNT AS FOLLOWS:

    ....................
11. DELETE WHOLE CLAUSE

12. A) DELETE '1200 HRS' AND REPLACE WITH '0001 HRS'
    B) AT THE END, ADD MAX 3 HOURS FOR WAITING DOCUMENTS TO BE FOR
       OWNER'S ACCOUNT.
    C) DELETE 'BALLASTING AND DEBALLASTING AND'
    D) DELETE , ' OWNERS WARRANTS..... WHICHEVER IS SOONER"
       AFTER ATTRIBUTE, ADD 'SOLELY FOR VESSEL PURPOSE'
    G) AT THE END, ADD, SUBJECT ALL SIGNATURES AND STAMPS CAN BE OBTAINABLE
       AND AVAILABLE
    E) DELETE

13. A) DELETE WHOLE PARAGRAPH
    C) DELETE WHOLE PARAGRAPH
    F) I. LINE ONE AFTER PER HOUR INSERT"WITH ALL MANIFOLD CONNECTIONS ON"
         LINE TWO AFTER PER HOUR INSERT"WITH ALL MANIFOLD CONNECTIONS ON"

      II. LINE 3 AFTER WORDS "AVERAGE PRESSURE" INSERT '100 PSI'
         AFTER WORD 'MANIFOLD'DELETE UNTIL 'WHERE THE TERMINAL REQUIRES'
         LINE 11, DELETE ; 'TOTALING IN EXCESS OF 6 HOURS'
         LINE 13, AFTER DEMURRAGE DELETE ' LESS ANY CRUDE OIL WASHING....
         ALLOWANCES' (APOLOGIES ON TYPO, THIS SHLD BE ITEM II)
      III. LINE 9 DELETE ALL ' ANY SLOWDOWN..... RESTARTING PUMPS'
         AFTER PERIOD OF DISCHARGE,
      IV. DELETE WHOLE PARAGRAPH
    G) LINE 2: AFTER 'REQUIRED', DELETE 'BY LAW'
       LINE 7: AFTER OWNR'S OPTION, DELETE 'BUT WILL NOT... UNDER CLAUSE
13 F)(II)
    LINE 12 : AFTER PUMPABLE, ADD 'BY MEANS OF VESSEL FIXED PUMPS'

14 B) I. AT THE END, INSERT, 'SUCH DELAYS SHALL COUNT AS ONE HALF LAYTIME
       OR, IF ON DEMURRAGE, AS ONE HALF DEMURRAGE RATE.'
      II. DELETE
      IV. DELETE 'OR PORT AUTHORITY'
      V. AT THE END, 'SUCH DELAYS SHALL COUNT AS ONE HALF LAYTIME OR, IF
        ON DEMURRAGE, AS ONE HALF DEMURRAGE RATE.'
    VIII. LINE 1 : AFTER QUARANTINE, ADD IF SOLELY FAULT OF OWNRS/VESSEL.
       LINE 4 : DELETE, 'TIME SPENT ..... AS TIME ON DEMURRAGE.'

      AT THE END, INSERT 'SUCH DELAYS SHALL COUNT AS ONE HALF LAYTIME OR,
      IF ON DEMURRAGE, AS ONE HALF DEMURRAGE RATE.'

15 A) LINE 2 : DELETE '(SELECTED AND HIRED..... CHARTERERS)' AND REPLACED
         WITH MUTUALLY AGREED WITH CHARTERS AND OWNERS

    LINE 6 : DELETE '0.1 PERCENT' REPLACED WITH '0.5 PERCENT'

    B) LINE 6 : AFTER LIQUID ADD "REACHABLE"

      LINE 9 : DELETE 'DEDUCT FROM FREIGHT' AND REPLACED WITH 'CLAIM FROM OWNERS'

      LINE 11: DELETE 'PLUS' AND REPLACED WITH 'OR'

      AT THE END ADD, 'OWNERS SHALL NOT BE RESPONSIBLE TO ANY CLAIMS ARISING

      3RD PARTIES/ SUPPLIER/ RECEIVERS.

16. DELETE WHOLE CLAUSE

17. A) LINE 5 AFTER CARGO TEMPREATURE INSERT (18 MT OF FUEL OIL PER ONE DEG CENTIGRADE)

    LINE 7 AFTER TEMPERATURE INSERT "AS PER MASTERS EMAIL STATEMENT BASED
       ON LAST BUNKER INVOICE PRICE AND PAID TOGETHER WITH FREIGHT"

    LINE 7 DELETE FROM 'AS AFORESAID....... UNTIL "ARE NEXT TAKEN'

18. DELETE WHOLE CLAUSE

19. A) DELETE, 'ALL TIME LOST... SHALL BE FOR OWNER'S SOLE ACCOUNT.
    ADD, 'VESSEL'S LOADABLES ARE ALWAYS SUBJECT TO PERMISSIBLE DRAFTS AT
    ALL ENDS AND SUBJECT TO SAFETY, TRIM AND STRESS OF THE VESSEL.'

20. DELETE WHOLE CLAUSE, OWNERS STS CLAUSE TO APPLY

21. A) DELETE

B) DELETE

22. A) AFTER CHARTERER'S REPRESENTATIVE, ADD 'SUBJECT TO OWNERS TECHNICAL MANAGEMENT APPROVAL'

   LINE 4 : DELETE 'OFFICER'

   B) DELETE WHOLE PARAGRAPH

   C) IS TYPO DELETE

23. DELETE WHOLE CLAUSE

24. DELETE WHOLE CLAUSE AND REPLACED WITH

- ISPS BIMCO CLS REVISED BY CHEV. FOR VOYAGE CHARTER TO APPLY
  REVISED BIMCO ISPS CLAUSE* (4-28-04)

(A) (I) FROM THE DATE OF COMING INTO FORCE OF THE INTERNATIONAL CODE FOR
    THE SECURITY OF SHIPS AND OF PORT FACILITIES AND THE RELEVANT AMENDMENTS TO
    CHAPTER XI OF SOLAS (ISPS CODE) IN RELATION TO THE VESSEL, THE OWNERS SHALL PROCURE
    THAT BOTH THE VESSEL AND "THE COMPANY" (AS DEFINED BY THE ISPS CODE) SHALL COMPLY WITH
    THE REQUIREMENTS OF THE ISPS CODE RELATING TO THE VESSEL AND "THE COMPANY". UPON
    REQUEST THE OWNERS SHALL PROVIDE A COPY OF THE RELEVANT INTERNATIONAL SHIP SECURITY
    CERTIFICATE (OR THE INTERIM INTERNATIONAL SHIP SECURITY CERTIFICATE) TO THE CHARTERERS.
    THE OWNERS SHALL PROVIDE THE CHARTERERS WITH THE FULL STYLE CONTACT DETAILS OF THE
    COMPANY SECURITY OFFICER (CSO).

   (II) EXCEPT AS OTHERWISE PROVIDED IN THIS CHARTER PARTY, LOSS, DAMAGE,
    EXPENSE OR DELAY, EXCLUDING CONSEQUENTIAL LOSS, CAUSED BY FAILURE ON THE PART OF THE OWNERS OR
    "THE COMPANY" TO COMPLY WITH THE REQUIREMENTS OF THE ISPS CODE OR THIS CLAUSE SHALL BE FOR
    THE OWNERS' ACCOUNT.

(B) (I) THE CHARTERERS SHALL PROVIDE THE CSO AND THE SHIP SECURITY OFFICER
    (SSO)/MASTER WITH THEIR FULL STYLE CONTACT DETAILS AND ANY OTHER INFORMATION THE OWNERS
    REQUIRE TO COMPLY WITH THE ISPS CODE.

   (II) EXCEPT AS OTHERWISE PROVIDED IN THIS CHARTER PARTY, LOSS, DAMAGE,
    EXPENSE, EXCLUDING CONSEQUENTIAL LOSS, CAUSED BY FAILURE ON THE PART OF THE CHARTERERS TO
    COMPLY WITH THIS CLAUSE SHALL BE FOR THE CHARTERERS' ACCOUNT AND ANY DELAY CAUSED BY SUCH
    FAILURE SHALL BE COMPENSATED AT THE DEMURRAGE RATE.

(C) PROVIDED THAT THE DELAY IS NOT CAUSED BY THE OWNERS' FAILURE TO COMPLY
    WITH THEIR OBLIGATIONS UNDER THE ISPS CODE, AND THAT THE MEASURES IMPOSED BY THE PORT
    FACILITY OF RELEVANT AUTHORITIES APPLIES TO ALL VESSELS IN THAT PORT AND NOT SOLELY TO
    THE OWNER'S VESSEL, THE FOLLOWING SHALL APPLY:

    (I) NOTWITHSTANDING ANYTHING TO THE CONTRARY PROVIDED IN THIS CHARTER PARTY,
    THE VESSEL SHALL BE ENTITLED TO TENDER NOTICE OF READINESS EVEN IF NOT CLEARED DUE TO
    APPLICABLE SECURITY REGULATIONS OR MEASURES IMPOSED BY A PORT FACILITY OR ANY RELEVANT
    AUTHORITY UNDER THE ISPS CODE.

    (II) ANY DELAY RESULTING FROM MEASURES IMPOSED BY A PORT FACILITY OR BY ANY
    RELEVANT AUTHORITY UNDER THE ISPS CODE SHALL COUNT AS HALF-LAYTIME OR HALF-TIME ON
    DEMURRAGE IF THE VESSEL IS ON LAYTIME OR DEMURRAGE. IF THE DELAY OCCURS BEFORE LAYTIME
    HAS STARTED OR AFTER LAYTIME OR TIME ON DEMURRAGE HAS CEASED TO COUNT, IT SHALL
    BE COMPENSATED BY THE CHARTERERS AT ONE HALF THE DEMURRAGE RATE AND ALWAYS IN
    ACCORDANCE WITH A(II).

(D) NOTWITHSTANDING ANYTHING TO THE CONTRARY PROVIDED IN THIS CHARTER PARTY,
    ANY ADDITIONAL COSTS OR EXPENSES WHATSOEVER SOLELY ARISING OUT OF OR RELATED TO
    SECURITY REGULATIONS OR MEASURES REQUIRED BY THE PORT FACILITY OR ANY RELEVANT
    AUTHORITY IN ACCORDANCE WITH THE ISPS CODE INCLUDING, BUT NOT LIMITED TO, SECURITY
    GUARDS, LAUNCH SERVICES, TUG ESCORTS, PORT SECURITY FEES OR TAXES AND INSPECTIONS,
    UNLESS SUCH COSTS OR EXPENSES RESULT SOLELY FROM THE OWNERS' NEGLIGENCE, SHALL BE SHARED
    EQUALLY BETWEEN OWNER AND CHARTERER. ALL MEASURES REQUIRED BY THE OWNERS TO
    COMPLY WITH THE SHIP SECURITY PLAN SHALL BE FOR THE OWNERS' ACCOUNT.

(E) IF EITHER PARTY MAKES ANY PAYMENT WHICH IS FOR THE OTHER PARTY'S ACCOUNT
    ACCORDING TO THIS CLAUSE, THE OTHER PARTY SHALL INDEMNIFY THE PAYING PARTY.

25. DELETE AND REPLACE WITH EXXON WAR RISK CLAUSE
    EXXONMOBIL WAR RISK CLAUSE TO APPLY.
    EXXON WAR RISK CLAUSE (REVISED 18TH OCTOBER 2001)

A. EXCEPT AS PROVIDED IN PARAGRAPH (B) BELOW, OWNER SHALL PROVIDE AND PAY
   FOR ANY WAR RISK INSURANCE(S) ON THE VESSEL'S HULL AND MACHINERY, LOSS OF
   EARNINGS AND DETENTION, CREW AND THEIR PROTECTION AND INDEMNITY RISKS.

B. ADDITIONAL WAR RISK INSURANCE PREMIUMS ("ADDITIONAL PREMIUM") AND CREW
   BONUSES ("CREW BONUSES") INCURRED AS A RESULT OF THE VESSEL ENTERING AN
   EXCLUDED AREA FOR CHARTERER'S PURPOSES UNDER THE VESS 1 7 THEN CURRENT

```
   WAR RISK INSURANCE(S) SHALL BE FOR CHARTERER'S ACCOUNT, NET OF ALL
   DISCOUNTS OR REBATES, PROVIDED ALWAYS THAT THE AMOUNT IS BASED ON THE
   INSURED VESSEL VALUE PROVIDED TO CHARTERER PRIOR TO FIXING, CHARTERER IS
   GIVEN NOTICE OF THE AMOUNT OF SUCH ADDITIONAL PREMIUM AND/OR CREW BONUSES
   AS SOON AS POSSIBLE AND, IN ANY EVENT, BEFORE SUCH ADDITIONAL PREMIUM AND
   CREW BONUSES ARE PAID.

C. FOR THE PURPOSES OF THIS CLAUSE, CREW BONUSES ARE DEFINED AS MANDATORY
   PAYMENTS IMPOSED BY THE GOVERNMENT TO WHOSE LAWS OWNERS ARE SUBJECT. ANY
   OTHER BONUS PAID BY OWNERS TO THE OFFICERS AND/OR CREW IN RESPECT OF THE
   VOYAGE PERFORMED PURSUANT TO THIS CHARTER SHALL BE FOR OWNER'S ACCOUNT.

D. SUCH ADDITIONAL SURCHARGES AND EXPENSES THAT ARE FOR CHARTERER'S ACCOUNT
   ARE PAYABLE BY CHARTERER TOGETHER WITH FREIGHT AGAINST OWNER'S INVOICE
   WITH FULL SUPPORTING DOCUMENTS, INCLUDING ALL ASSOCIATED DEBIT AND
   CREDITS NOTES.

E. THE AMOUNTS OF ANY PRESENT OR FUTURE DISCOUNT, OR REBATE, ON ADDITIONAL
   PREMIUM REFUNDED TO OWNER FROM THEIR WAR RISK INSURERS, UNDERWRITERS OR
   BROKERS SHALL, AT CHARTERER'S OPTION, BE CREDITED OR PAID TO THE
   CHARTERER IN FULL.

F. IN ALL CASES, ANY PREMIUMS AND INCREASES ASSOCIATED WITH CLOSURE
   INSURANCE, INCLUDING "BLOCKING AND TRAPPING", SHALL BE FOR OWNER'S
   ACCOUNT.

27  B) LINE 2 DELETE "OR FUTURE"
       LINE 6 DELETE "OR FUTURE"

29. A) AT THE END, ADD 'PROVIDED COMPETITIVE'
    B) DELETE WHOLE CLAUSE
    ) LINE ONE AFTER SUPERCARGO INSERT "SUBJECT TO SHIP MANAGEMENT APPROVAL
      WHICH NOT TO BE UNREASONABLY WITHHELD"
      LINE TWO DELETE WORD "GOOD"
      LINE THREE DELETE 7 INSERT 20

30. DELETE WHOLE CLAUSE AND REPLACE, FORMAL CHARTER PARTY TO BE PREPARED.

31 A) INSERT "USD 34,000,000"
      LINE 3 AND 4 : DELETE OWNERS, REPLACED WITH CHARTERERS
      LINE 5, DELETE 'CHARTERER SHALL.... OWNER'S RESPONSIBILITY"

32. DELETE WHOLE CLAUSE AND REPLACE:
    SHOULD IT BECOME APPARENT TO THE OWNERS THAT THE VESSEL WILL MISS HER
    CANCELLING DATE, THE OWNERS WILL PROPOSE A NEW 1 DAY LAYCAN TO THE CHARTERERS.
    CHARTERERS TO CONFIRM WITHIN TWO WORKING DAYS IF THEY AGREE THE NEW LAYCAN
    OR CANCEL THE CHARTER WITH NO LIABILITIES TO ALL PARTIES. IF CHARTERERS DO NOT
    RESPOND TO THE PROPOSED NEW LAYCAN WITHIN TWO WORKING DAYS THEN THE PROPOSED
    NEW LAYCAN SHALL BE DEEMED TO BE ACCEPTED BY THE CHARTERERS.

33. A) LINE 2 : REPLACED 'TELEX' WITH 'WRITTEN OR EMAIL'
       LINE 2 : REPLACED '30' WITH '90'
       AT THE END ADD, 'ALL DOCUMENTS ARE SUBJECT BEING OBTAINABLE.'
    B) LINE 4 : AFTER SUPPORTING DOCUMENT, ADD ' IF OBTAINABLE'

    DELETE WHOLE CLAUSE, AS PER MAIN TERMS

END FIXTURE RECAP.
```

PLEASE CONFIRM ON THE ABOVE RECAP.

THANK YOU FOR YOUR KIND SUPPORT
AND CO-OPERATION IN CONCLUDING THIS FIXTURE SUCCESSFULLY.

KIND REGARDS
GEORGIOS KOKOLAKIS
OFF     : +30210 8082975
MOB     : +30694 8510442
AOH     : +30210 8062585
YAHOO ID : GVKOKOLAKIS

GREGALE SHIPPING   PHONE 2108082975   FAX 2108086248

NOTICE: THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR
ENTINITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR
PRIVILEGED MATERIAL. ANY REVIEW, RETRANSMISSION, DISSEMINATION OR
OTHER USE OF, OR TAKING OF ANY ACTION IN RELIANCE UPON, THIS
INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT
IS PROHIBITED. IF YOU RECEIVED THIS IN ERROR, PLEASE CONTACT THE
SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.
ANY VIEWS EXPRESSED IN THIS MESSAGE ARE THOSE OF THE INDIVIDUAL SENDER
AND NOT OF GREGALE SHIPPING LTD., UNLESS IT IS OTHERWISE STATED.