# EXHIBIT "D"

MEMPHIS/IOOI CP DATED 4 SEP 2010                    MEMPHIS/IOOI CP DATED 4 SEP 2010                                Page 1

**Printed by:** Operation2
**Subject:** MEMPHIS/IOOI CP DATED 4 SEP 2010
**Message Info:** ID: 154095   Type: Mail
**From:** "Youssef Rashad" [brokers@island.com.sg]
**Sent:** 6/9/2010 5:57:46 πμ
**To:** "Eurotankers" [eurotankers@eurotankers.gr]
**Attachments:** NTM113 POF RULES & REGULATIONS OFFSHORE AND OIL TERMINALS.PDF (136,77 KB);

**Seen By:** ACC3 MR1 MR3 OPR2


...CKER

CC.MICHAEL


HAVE FIXED FOLLOWING AS PER YOUR AUTHORITY WITH ALL SUBJECTS LIFTED


STRICTLY PRIVATE AND CONFIDENTIAL
------------------------------------

- CP DATED 4 SEP 2010

- CHARTERERS: IOOI, JEDDAH

- OWNERS: MEMPHIS SHIPPING PTE LTD

                    7 SHENTON WAY

                    #1-02 SINGAPORE CONFERENCE HALL

                    SINGAPOREN 068810

Last 3 cargoes : FO/CRUDE/CRUDE

FOR 1 VOYAGE IN CHOPT


```
ITINERARY       : CURRENTLY PERFORMING FOR IOOI
CARGO/QUANTITY  : CHOP UPTO FULL CGO 1/2 GRADES FUEL OIL .
HEAT            : VESSEL TO MAINTAIN LOADED TEMP MAX 135 DEG F.
                  MAX LOADED TEMP 165 DEG F

CARGO/QUANTITY  : CHOP UPTO FULL CGO 1/2 GRADES FUEL OIL .
HEAT            : VESSEL TO MAINTAIN LOADED TEMP MAX 135 DEG F.
                  MAX LOADED TEMP 165 DEG F
```

LOADPORT :   : LOAD 1/2 PORTS/STS IRAN INTENTI(5 6 ANDAR MAHSHAHR

```
DISCHARGING  : 1 SB/SP/SPM/STS FUJ- KHOR FAKKAN RANGE

LAYCAN       : 16-17 SEPT 2010(0001-2359) FOR BM FOLLOWED BY

FREIGHT      : L/S USD 425000 BSS 1/1 BM

     OR CHOPT

CARGO/QUANTITY : CHOP UPTO FULL CGO 1/2 GRADES FUEL OIL .
HEAT           : VESSEL TO MAINTAIN LOADED TEMP MAX 135 DEG F.
                 MAX LOADED TEMP 165 DEG F

LOADPORT :   : LOAD 1/2 PORTS/STS IRAN INTENTION BANDAR MAHSHAHR

DISCHARGING  : 1 SB/SP/SPM/STS PAKISTAN.

LAYCAN       : 16-17 SEPT 2010(0001-2359)

FREIGHT      : L/S USD 570000 BSS 1/1

     OR CHOPT

CARGO/QUANTITY : CHOP UPTO FULL CGO 1/2 GRADES FUEL OIL .
HEAT           : VESSEL TO MAINTAIN LOADED TEMP MAX 135 DEG F.
                 MAX LOADED TEMP 165 DEG F

LOADPORT :   1 SB/SP/SPM/STS IRAN INTENTION BANDAR MAHSHAHR


DISCHARGE/RELOAD :  1 SB/SP/SPM/STS FUJ- KHOR FAKKAN RANGE RE-LOAD FUJAIRAH FOR

DISCHARGING : 1 SB/SP/SPM/STS PAKISTAN.

LAYCAN       : 16-17 SEPT 2010(0001-2359) FOR BM FOLLOWED BY

               24-26 SEPT 2010 (0001-2359) FUJ-PAKISTAN

FREIGHT      : L/S USD 425000 BSS 1/1 BM
FREIGHT      : L/S USD 265000 BSS 1/1 FUJ PAKISTAN

DEMURRAGE    : USD 14000 PDPR
LAYTIME      : 84 HRS PER VOYAGE

AND IN CHOPT TO BE DECLARED UPON COMPLETION OF LOADING

DEMURRAGE    : USD 14000 PDPR
LAYTIME      : 84 HRS

 (K) GA/ARB LONDON - ENGLISH LAW

    Y/A RULES 1974 AS AMENDED 1994



L) DELETE
```

```
M) SPECIAL PROVISIONS:-                    57
```

- ANY TAXES AND/OR DUES ON CARGO AND/OR FREIGHT AND/OR VESSEL TO BE

  FOR CHARTERERS ACCOUNT AND TO BE SETTLED DIRECTLY BY THEM.

- WORLDSCALE TERMS AND CONDITIONS 2009 TO APPLY

- GENERAL AVERAGE / ARBITRATION:   ENGLISH LAW TO APPLY

- ALL COST/TIME/RISK FOR OBTAINING DOMESTIC LICENSE/PERMIT FOR TRADING

  COASTAL OR DOMESTIC. IF ANY TO BE FOR CHTRS ACCOUNT - (CHRTS ADVISE

  THIS IS NOT COASTAL OR DOMESTIC VOYAGE SO N/A)

  OWNERS INTERIM PORT CLAUSE

CHARTERERS TO PAY FOR ADDITIONAL INTERIM LOAD/DISCH PORT AT COST AS FOLLOWS

DEVIATION: ACUTAL ADDITIONAL STEAMING TIME INCURRED AS PER MASTER'S

STATEMENT FOR DEVIATION WHICH EXCEEDS DIRECT PASSAGE FROM FIRST LOADPORT

TO FINAL DISCHARGE PORT.

P  ?TIME: TIME TO COUNT IN FULL FROM ARRIVAL PILOT STATION INTERIM

LOAD/DISCHARGE PORT UNTIL DROPPING LAST OUTWARD PILOT INTERIM LOAD/DISCH

PORT I.E. NO ALLOWANCE FOR NOTICE TIME, NOR

)EDUCTION FOR SHIFTING EVEN FROM ANCHORAGE TO FIRST BERTH AND NO DEDUCTION

?OR TIME LOST DUE TO TIDE, SEA AND WEATHER CONDITIONS.

:OST: DEVIATION AND TIME USED TO BE CALCULATED AT DEMURRAGE RATE PER DAY PRO

ATA, PLUS COST FOR ALL ADDITIONAL BUNKERS CONSUMED DURING THE DEVIATION AS

ELL AS ALL BUNKERS USED IN PORT AS PER MASTERS E-MAIL STATEMENT.

~~PAYMENT: DEVIATION + TIME USED + ALL BUNKERS CONSUMED TO BE PAID TOGETHER~~

WITH FREIGHT AS PER OWNERS E-MAILED INVOICE WITH SUPPORTING DOCUMENTS + LAST

BUNKER INVOICE, WHICH LATER TO BE SUPPORTED BY ORIGINAL INVOICE AND BUNKER INVOICE.


ALL PORT COSTS TO BE FOR CHARTERERS ACCOUNT, AND TO BE PAID DIRECTLY BY THEM.

SPECIAL PROVISIONS

VOPAQ CONDITIONS AND NTM113  COMPLIANCE:

1. SHE DOES NOT HAVE ANY PROJECTION ON THEIR HULL  - YES
2. HER IG SYSTEMS ARE IN GOOD WORKING CONDITION - YES
3. HER COTS ARE FULLY INERTED - YES

4. VSL IS COMPLIANT WITH NTM 113


OWNRS STS CLAUSE TO APPLY

----------------------------

CHARTERER'S OPTION TO PERFORM STS OPERATION AT A SAFE PLACE, HOWEVER ALWAYS

SUBJECT TO OWNER'S/MASTER'S APPROVAL WHICH SHALL NOT BE UNREASONABLE

WITHHELD.


ANY TRANSSHIPMENT OPERATION TO CONFORM TO STANDARD NOT LESS THAN THOSE SET

OUT IN THE LATEST EDITION OF ICS/OCIMF STS GUIDE - PETROLEUM AND OWNER

UNDERTAKES THAT THE VESSEL AND HER CREW WILL COMPLY WITH SUCH RECOMMENDATIONS.

CHARTERERS SHALL PROVIDE AND PAY FOR ALL NECESSARY

EQUIPMENT, LIGHTINGS INCLUDING FENDERS AND HOSES. OWNERS SHALL PERMIT SUPERVISORY


PERSONNEL NOMINATED BY CHARTS TO ATTEND ON BOARD, ALWAYS AT CHART'S RISK AND

EXPENSE, INCLUDING MOORING MASTER, TO ASSIST IN THE TRANSSHIPMENT OPERATION.

ALL PORT CHARGE INCL AGENCY FEE AT STS OPERATION, IF INCURRED, TO BE FOR

CHRTS ACCOUNT AND SETTLED DIRECTLY BY CHTRS.


ALL TIME FROM VESSEL ARRIVAL AT STS LOCATION UNTIL VSL CAST OFF

FROM STS VESSEL TO COUNT AS FULL LAYTIME, OR AS TIME ON DEMURRAGE IF ON

DEMURRAGE, WEATHER PERMITTING OR NOT. LIGHTERAGE OPERATIONS ARE TO BE AT THE SOLE

DISCRETION OF THE MASTER AT ALL TIMES WHICH SHALL NOT BE UNREASONABLE WITHHELD AND IF

THE MASTER AT ANY TIME CONSIDERS THAT THE LIGHTERAGE OPERATIONS ARE, OR ARE

ABOUT TO BECOME UNSAFE, THEN HE MAY ORDER THAT THEY BE DISCONTINUED. WHETHER OR

NOT OPERATIONS ARE DISCONTINUED, ALL TIME WILL BE CONSIDERED AS LAYTIME OR

DEMURRAGE.


REGARDING SAFETY ASPECTS OF STS AND OPERATIONS, MASTER WILL HAVE THE FINAL

AUTHORITY. ANY LIGHTENING/LIGHTERAGE VESSEL SHALL HAVE VALID IMO CERTIFICATE

OF FITNESS AND VALID ISSC CERTIFICATE AND BE OPERATED IN COMPLIANCE

THEREWITH.


- OTHERWISE INTERNATIONAL OIL OVERSEAS INC (ADDITIONAL CLAUSES FOR

ASBATANKVOY)


DATED 20.01.2009 WITH FOLLOWING AMMENDMENTS AS FOLLOWS:


1. A. AT THE END, ADD 'ALL REFERENCES TO SHIP TO SHIP TRANSFER AND

   LIGHTERING TO BE DELETED IN THE CHARTERER ADDITIONAL TERMS.

   FOR STS, ALL REFERENCE MAKE TO OWNERS STS CLAUSE


   G. ALL REFERENCE ON TELEX TO BE CHANGED TO ELECTRONIC EMAIL FOR THE

   PURPOSE OF THIS CHARTER PARTY


2. B. DELETE ENTIRE PARAGRAPH


3. C) ADD IN THE START OF PARAGRAPH " TO BEST OF OWNR'S KNOWLEDGE'

   F) AFTER VOYAGES INSTRUCTION ADD 'IN ACCORDANCE TO CHARTER PARTY TERMS

   AND CONDITIONS AND MAIN TERMS."

   H) AT THE END, DELETE "AND BUNKER OIL BUNKERING"

   I) ADD IN THE START OF PARAGRAPH, "TO BEST 6 0 OWNR'S KNOWLEDGE'

AT THE END, DELETE " OWNERS FURTHER WARRANTS..... THROUGHT THE PERIOD OF

THIS CHARTER"


M) II. DELETE AS PER MAIN TERMS

   III. DELETE WHOLE PARAGRAPH (AS PER Q.88)

   IV. DELETE INSERT "AS PER Q88"


N) I. AFTER FULL, ADD 'HOMOGENOUS'

   III. DELETE WHOLE PARAGRAPH (AS PER Q.88)


Q) INSERT 'BALLAST/LADEN SPEED 12.0KNOT BASIS WEATHER PERMITTING AND SAFE

   NAVIGATION


S) I. DELETE WHOLE PARAGRAPH


T) II. DELETE WHOLE PARAGRAPH AND INSERT


   'OWNERS SHALL ALSO COMPLY WITH AND MAINTAIN THE VESSEL THROUGHOUT THE

   CURRENCY OF THIS CHARTER IN COMPLIANCE WITH ALL CLASSIFICATION SOCIETY

   REGULATIONS AS WELL AS FLAG STATE, ANY GOVERNMENT AUTHORITY AT THE PORT(S) OF LOADIN

A˜

   DISCHARGING FOR THE CARRIAGE OF HEAVY GRADE OIL.'


   III. DELETE WHOLE PARAGRAPH AND INSERT


   'OWNERS UNDERTAKE TO INDEMNIFY AND HOLD CHARTERERS FREE AND HARMLESS FROM

   ANY AND ALL CLAIMS, COSTS, EXPENSES, LOSSES, AND CONSEQUENCES OF WHATSOEVER

   NATURE, WHICH OWNERS MAY INCUR AS A RESULT, EITHER DIRECTLY OR INDIRECTLY, OF THE

   THEIR NON-COMPLIANCE WITH THE APPLICABLE MARPOL REGULATIONS, AND/OR FLAG STATE

   AND/OR GOVERNMENTAL LAWS AND REGULATIONS OR OTHER CONDITIONS REGARDING THE CARRIAGE

   OF HEAVY FUEL OIL ON BOARD M.T. GENIE.'

U) ADD AT END "ONLY IF SOLELY IN THE CASE OF OWNERS/MASTERS FAULT"

4. B) AT THE END, ADD : 'IF TIME PERMITS'

5.   DELETE AND REPLACE WITH FOLLOWING:

IN THE EVENT OF A CHANGE IN DISCHARGE PORT NAMED IN BILLS OF LADING OR IF THE BILLS OF LADING ARE NOT AVAILABLE AT DISCHARGE PORT(S), THE CARGO IS TO BE RELEASED BY OWNERS AGAINST A LETTER OF INDEMNITY SIGNED BY AN AUTHORIZED SIGNATORY OF CHARTERERS IN OWNERS' P&I CLUB WORDING WITHOUT BANK GUARANTEE OR COUNTER SIGNATURE.

6. DELETE WHOLE CLAUSE, AS PER ASBANTANKVOY AND MAIN TERMS

7. DELETE WHOLE CLAUSE, AS PER ASBANTANKVOY AND MAIN TERMS

8. A) AT THE END, DELETE, "ALL TIME SPENT.... AS TIME ON DEMURRAGE."
   ADD, "CARGO MEASUREMENT INSTRUCTIONS TO BE INCORPORATED IN VOYAGE ORDERS BY CHTRS"
   B) AT THE END, ADD ' SAME TO BE INCORPORATED IN VOYAGE ORDERS BY CHTRS"
   C) AFTER PUMPABLE OIL ADD 'BY MEANS OF VESSEL FIXED PUMPS'
   AT THE END ADD 'BY MEANS OF VESSEL FIXED PUMPS'
   D) AFTER EXPENSES, ADD 'TIME AND RISK'
   E) DELETE 'DEPRESSURIZATION...... ORGANIZATION'

9. A) DELETE
   B) ADD AT END "ANY BUNKERS CONSUMED AS PER ABOVE OPERATION AND BASIS MASTERS EMAIL STATEMENT TO BE PAID TOGETHER WITH FRIEGHT AS PER OWNERS LAST BUNKER INVOICE".

C) DELETE                              62

10. DELETE WHOLE CLAUSE, AS PER MAIN TERMS

    ADD, FREIGHT PAYABLE IN USD BY TELEGRAPHIC TRANSFER TO OWNRS DESIGNATED

    BANK

    ACCOUNT AS FOLLOWS:

    .....................

11. DELETE WHOLE CLAUSE

12. A) DELETE '1200 HRS' AND REPLACE WITH '0001 HRS'

    B) AT THE END, ADD MAX 3 HOURS FOR WAITING DOCUMENTS TO BE FOR

       OWNER'S ACCOUNT.

    C) DELETE 'BALLASTING AND DEBALLASTING AND'

    D) DELETE , ' OWNERS WARRANTS..... WHICHEVER IS SOONER"

       AFTER ATTRIBUTE, ADD 'SOLELY FOR VESSEL PURPOSE'

    G) AT THE END, ADD, SUBJECT ALL SIGNATURES AND STAMPS CAN BE OBTAINABLE

       AND AVAILABLE

    E) DELETE

13. A) DELETE WHOLE PARAGRAPH

    C) DELETE WHOLE PARAGRAPH

    F) I.  LINE ONE AFTER PER HOUR INSERT"WITH ALL MANIFOLD CONNECTIONS ON"

           LINE TWO AFTER PER HOUR INSERT"WITH ALL MANIFOLD CONNECTIONS ON"

       II. LINE 3 AFTER WORDS "AVERAGE PRESSURE" INSERT '100 PSI'

           AFTER WORD 'MANIFOLD'DELETE UNTIL 'WHERE THE TERMINAL REQUIRES'

           LINE 11, DELETE ; 'TOTALING IN EXCESS OF 6 HOURS'

           LINE 13, AFTER DEMURRAGE DELETE ' LESS ANY CRUDE OIL WASHING....

           ALLOWANCES' (APOLOGIES ON TYPO, THIS SHLD BE ITEM II)

       III. LINE 9 DELETE ALL ' ANY SLOWDOWN... 6 3 RESTARTING PUMPS'

~~AFTER PERIOD OF DISCHARGE,~~

    IV. DELETE WHOLE PARAGRAPH

  G) LINE 2: AFTER 'REQUIRED', DELETE 'BY LAW'

    LINE 7: AFTER OWNR'S OPTION, DELETE 'BUT WILL NOT... UNDER CLAUSE

13 F)(II)

    LINE 12 : AFTER PUMPABLE, ADD 'BY MEANS OF VESSEL FIXED PUMPS'

14 B)   I. AT THE END, INSERT, 'SUCH DELAYS SHALL COUNT AS ONE HALF LAYTIME OR, IF ON DEMURRAGE, AS ONE HALF DEMURRAGE RATE.'

    II. DELETE

    IV. DELETE 'OR PORT AUTHORITY'

    V. AT THE END, 'SUCH DELAYS SHALL COUNT AS ONE HALF LAYTIME OR, IF ON DEMURRAGE, AS ONE HALF DEMURRAGE RATE.'

    VIII. LINE 1 : AFTER QUARANTINE, ADD IF SOLELY FAULT OF OWNRS/VESSEL.

       LINE 4 : DELETE, 'TIME SPENT ..... AS TIME ON DEMURRAGE.'

       AT THE END, INSERT 'SUCH DELAYS SHALL COUNT AS ONE HALF LAYTIME OR, IF ON DEMURRAGE, AS ONE HALF DEMURRAGE RATE.'

15 A) LINE 2 : DELETE '(SELECTED AND HIRED..... CHARTERERS)' AND REPLACED WITH MUTUALLY AGREED WITH CHARTERS AND OWNERS

    LINE 6 : DELETE '0.1 PERCENT' REPLACED WITH '0.5 PERCENT'

  B) LINE 6 : AFTER LIQUID ADD "REACHABLE"

    LINE 9 : DELETE 'DEDUCT FROM FREIGHT' AND REPLACED WITH 'CLAIM FROM OWNERS'

    LINE 11: DELETE 'PLUS' AND REPLACED WITH 'OR'

    AT THE END ADD, 'OWNERS SHALL NOT BE RESPONSIBLE TO ANY CLAIMS ARISING

     3RD PARTIES/ SUPPLIER/ RECEIVERS.

16. DELETE WHOLE CLAUSE

17. A) LINE 5 AFTER CARGO TEMPREATURE INSERT (18 MT OF FUEL OIL PER ONE DEG CENTIGRADE)

    LINE 7 AFTER TEMPERATURE INSERT "AS PER MASTERS EMAIL STATEMENT BASED
       ON LAST BUNKER INVOICE PRICE AND PAID TOGETHER WITH FREIGHT"

    LINE 7 DELETE FROM 'AS AFORESAID....... UNTIL "ARE NEXT TAKEN'

18. DELETE WHOLE CLAUSE

19. A) DELETE, 'ALL TIME LOST... SHALL BE FOR OWNER'S SOLE ACCOUNT.
    ADD, 'VESSEL'S LOADABLES ARE ALWAYS SUBJECT TO PERMISSIBLE DRAFTS AT
    ALL ENDS AND SUBJECT TO SAFETY, TRIM AND STRESS OF THE VESSEL.'

20. DELETE WHOLE CLAUSE, OWNERS STS CLAUSE TO APPLY

21. A) DELETE

   B) DELETE

22. A) AFTER CHARTERER'S REPRESENTATIVE, ADD 'SUBJECT TO OWNERS TECHNICAL MANAGEMENT APPROVAL'

   LINE 4 : DELETE 'OFFICER'

   B) DELETE WHOLE PARAGRAPH

   C) IS TYPO DELETE

                             65

23. DELETE WHOLE CLAUSE

24. DELETE WHOLE CLAUSE AND REPLACED WITH

- ISPS BIMCO CLS REVISED BY CHEV. FOR VOYAGE CHARTER TO APPLY

  REVISED BIMCO ISPS CLAUSE* (4-28-04)

(A) (I) FROM THE DATE OF COMING INTO FORCE OF THE INTERNATIONAL CODE FOR

       THE SECURITY OF SHIPS AND OF PORT FACILITIES AND THE RELEVANT AMENDMENTS TO

       CHAPTER XI OF SOLAS (ISPS CODE) IN RELATION TO THE VESSEL, THE OWNERS SHALL PROCURE

       THAT BOTH THE VESSEL AND "THE COMPANY" (AS DEFINED BY THE ISPS CODE) SHALL COMPLY WIT

       THE REQUIREMENTS OF THE ISPS CODE RELATING TO THE VESSEL AND "THE COMPANY". UPON

       REQUEST THE OWNERS SHALL PROVIDE A COPY OF THE RELEVANT INTERNATIONAL SHIP SECURITY

       CERTIFICATE (OR THE INTERIM INTERNATIONAL SHIP SECURITY CERTIFICATE) TO THE CHARTERER

       THE OWNERS SHALL PROVIDE THE CHARTERERS WITH THE FULL STYLE CONTACT DETAILS OF THE

       COMPANY SECURITY OFFICER (CSO).

    (II) EXCEPT AS OTHERWISE PROVIDED IN THIS CHARTER PARTY, LOSS, DAMAGE,

         EXPENSE OR DELAY, EXCLUDING CONSEQUENTIAL LOSS, CAUSED BY FAILURE ON THE PART OF THE OWNERS OR

       "THE COMPANY" TO COMPLY WITH THE REQUIREMENTS OF THE ISPS CODE OR THIS CLAUSE SHALL BE FOR

       THE OWNERS' ACCOUNT.

(B) (I) THE CHARTERERS SHALL PROVIDE THE CSO AND THE SHIP SECURITY OFFICER

       (SSO)/MASTER WITH THEIR FULL STYLE CONTACT DETAILS AND ANY OTHER INFORMATION THE OWNER

       REQUIRE TO COMPLY WITH THE ISPS CODE.

EXPENSE, EXCLUDING CONSEQUENTIAL LOSS, CAUSED BY FAILURE ON THE PART OF THE CHARTERE TO

COMPLY WITH THIS CLAUSE SHALL BE FOR THE CHARTERERS' ACCOUNT AND ANY DELAY CAUSED BY SUCH

FAILURE SHALL BE COMPENSATED AT THE DEMURRAGE RATE.

(C) PROVIDED THAT THE DELAY IS NOT CAUSED BY THE OWNERS' FAILURE TO COMPLY

WITH THEIR OBLIGATIONS UNDER THE ISPS CODE, AND THAT THE MEASURES IMPOSED BY THE PORT

FACILITY OF RELEVANT AUTHORITIES APPLIES TO ALL VESSELS IN THAT PORT AND NOT SOLELY TO

THE OWNER'S VESSEL, THE FOLLOWING SHALL APPLY:

(I) NOTWITHSTANDING ANYTHING TO THE CONTRARY PROVIDED IN THIS CHARTER PARTY,

THE VESSEL SHALL BE ENTITLED TO TENDER NOTICE OF READINESS EVEN IF NOT CLEARED DUE TO

APPLICABLE SECURITY REGULATIONS OR MEASURES IMPOSED BY A PORT FACILITY OR ANY RELEVAN

AUTHORITY UNDER THE ISPS CODE.

(II) ANY DELAY RESULTING FROM MEASURES IMPOSED BY A PORT FACILITY OR BY ANY

RELEVANT AUTHORITY UNDER THE ISPS CODE SHALL COUNT AS HALF-LAYTIME OR HALF-TIME ON

DEMURRAGE IF THE VESSEL IS ON LAYTIME OR DEMURRAGE. IF THE DELAY OCCURS BEFORE LAYTIME

HAS STARTED OR AFTER LAYTIME OR TIME ON DEMURRAGE HAS CEASED TO COUNT, IT SHALL

BE COMPENSATED BY THE CHARTERERS AT ONE HALF THE DEMURRAGE RATE AND ALWAYS IN

ACCORDANCE WITH A(II).

(D) NOTWITHSTANDING ANYTHING TO THE CONTRARY PROVIDED IN THIS CHARTER PARTY,

ANY ADDITIONAL COSTS OR EXPENSES WHATSOEVER SOLELY ARISING OUT OF OR RELATED TO

SECURITY REGULATIONS OR MEASURES REQUIRED BY THE PORT FACILITY OR ANY RELEVANT

AUTHORITY IN ACCORDANCE WITH THE ISPS CODE INCLUDING, BUT NOT LIMITED TO, SECURITY

GUARDS, LAUNCH SERVICES, TUG ESCORTS, PORT 67 URITY FEES OR TAXES AND INSPECTIONS,

UNLESS SUCH COSTS OR EXPENSES RESULT SOLELY FROM THE OWNERS' NEGLIGENCE, SHALL BE SHARED EQUALLY BETWEEN OWNER AND CHARTERER. ALL MEASURES REQUIRED BY THE OWNERS TO COMPLY WITH THE SHIP SECURITY PLAN SHALL BE FOR THE OWNERS' ACCOUNT.

(E) IF EITHER PARTY MAKES ANY PAYMENT WHICH IS FOR THE OTHER PARTY'S ACCOUNT ACCORDING TO THIS CLAUSE, THE OTHER PARTY SHALL INDEMNIFY THE PAYING PARTY.

25. DELETE AND REPLACE WITH EXXON WAR RISK CLAUSE

EXXONMOBIL WAR RISK CLAUSE TO APPLY.

EXXON WAR RISK CLAUSE (REVISED 18TH OCTOBER 2001)

A. EXCEPT AS PROVIDED IN PARAGRAPH (B) BELOW, OWNER SHALL PROVIDE AND PAY FOR ANY WAR RISK INSURANCE(S) ON THE VESSEL'S HULL AND MACHINERY, LOSS OF EARNINGS AND DETENTION, CREW AND THEIR PROTECTION AND INDEMNITY RISKS.

B. ADDITIONAL WAR RISK INSURANCE PREMIUMS ("ADDITIONAL PREMIUM") AND CREW BONUSES ("CREW BONUSES") INCURRED AS A RESULT OF THE VESSEL ENTERING AN EXCLUDED AREA FOR CHARTERER'S PURPOSES UNDER THE VESSEL'S THEN CURRENT WAR RISK INSURANCE(S) SHALL BE FOR CHARTERER'S ACCOUNT, NET OF ALL DISCOUNTS OR REBATES, PROVIDED ALWAYS THAT THE AMOUNT IS BASED ON THE INSURED VESSEL VALUE PROVIDED TO CHARTERER PRIOR TO FIXING, CHARTERER IS GIVEN NOTICE OF THE AMOUNT OF SUCH ADDITIONAL PREMIUM AND/OR CREW BONUSES AS SOON AS POSSIBLE AND, IN ANY EVENT, BEFORE SUCH ADDITIONAL PREMIUM AND CREW BONUSES ARE PAID.

C. FOR THE PURPOSES OF THIS CLAUSE, CREW BONUSES ARE DEFINED AS MANDATORY PAYMENTS IMPOSED BY THE GOVERNMENT TO WHOSE LAWS OWNERS ARE SUBJECT. ANY OTHER BONUS PAID BY OWNERS TO THE OFFICERS AND/OR CREW IN RESPECT OF THE VOYAGE PERFORMED PURSUANT TO THIS CHARTER SHALL BE FOR OWNER'S ACCOUNT.

. SUCH ADDITIONAL SURCHARGES AND EXPENSES TE 6 8 ARE FOR CHARTERER'S ACCOUNT

~~ARE PAYABLE BY CHARTERER TOGETHER WITH FREIGHT AGAINST OWNER'S INVOICE~~

WITH FULL SUPPORTING DOCUMENTS, INCLUDING ALL ASSOCIATED DEBIT AND

CREDITS NOTES.

E.  THE AMOUNTS OF ANY PRESENT OR FUTURE DISCOUNT, OR REBATE, ON ADDITIONAL

PREMIUM REFUNDED TO OWNER FROM THEIR WAR RISK INSURERS, UNDERWRITERS OR

BROKERS SHALL, AT CHARTERER'S OPTION, BE CREDITED OR PAID TO THE

CHARTERER IN FULL.

F.  IN ALL CASES, ANY PREMIUMS AND INCREASES ASSOCIATED WITH CLOSURE

INSURANCE, INCLUDING "BLOCKING AND TRAPPING", SHALL BE FOR OWNER'S

ACCOUNT.

27  B) LINE 2 DELETE "OR FUTURE"

    LINE 6 DELETE "OR FUTURE"

28. A) AT THE END, ADD 'PROVIDED COMPETITIVE'

    B) DELETE WHOLE CLAUSE

    C) LINE ONE AFTER SUPERCARGO INSERT "SUBJECT TO SHIP MANAGEMENT APPROVAL

       WHICH NOT TO BE UNREASONABLY WITHHELD"

       ~~LINE TWO DELETE WORD "GOOD"~~

       LINE THREE DELETE 7 INSERT 20

30. DELETE WHOLE CLAUSE AND REPLACE, FORMAL CHARTER PARTY TO BE PREPARED.

.1 A) INSERT "USD 34,000,000"

    LINE 3 AND 4 : DELETE OWNERS, REPLACED WITH CHARTERERS

    LINE 5, DELETE 'CHARTERER SHALL.... OWNER'S RESPONSIBILITY"

2. DELETE WHOLE CLAUSE AND REPLACE:

   SHOULD IT BECOME APPARENT TO THE OWNERS TH69 THE VESSEL WILL MISS HER

CANCELLING DATE, THE OWNERS WILL PROPOSE A NEW 1 DAY LAYCAN TO THE CHARTERERS. CHARTERERS TO CONFIRM WITHIN TWO WORKING DAYS IF THEY AGREE THE NEW LAYCAN OR CANCEL THE CHARTER WITH NO LIABILITIES TO ALL PARTIES. IF CHARTERERS DO NOT RESPOND TO THE PROPOSED NEW LAYCAN WITHIN TWO WORKING DAYS THEN THE PROPOSED NEW LAYCAN SHALL BE DEEMED TO BE ACCEPTED BY THE CHARTERERS.

33. A) LINE 2 : REPLACED 'TELEX' WITH 'WRITTEN OR EMAIL'

   LINE 2 : REPLACED '30' WITH '90'

   AT THE END ADD, 'ALL DOCUMENTS ARE SUBJECT BEING OBTAINABLE.'

   B) LINE 4 : AFTER SUPPORTING DOCUMENT. ADD ' IF OBTAINABLE'

34. DELETE WHOLE CLAUSE, AS PER MAIN TERMS

TOTAL COMMISSION 3.75 PCT OF WHICH 2.5 ADDCOM AND 1.25 PCT

TO ISLAND SHIPBROKERS PTE LTD ON ALL MONIES EARNED.

UNQUOTE

YOUSSEF RASHAD
ISLAND SHIPBROKERS PTE LTD
OFFICE +65 65366466
MOBILE +65 98331593