924-08 /MEU

FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Respondents
MARINA WORLD SHIPPING CORP.,
GRESHAM WORLD SHIPPING CORP.,
TARAZONA SHIPPING CO., S.A., QUOIN
ISLAND MARINE WL, BAKRI TRADING CO.
INC., SCHIFF HOLDING CO. S.A. and
TRANS MEDITERRANEAN SHIPPING INC.
80 Pine Street
New York, New York 10005-1759
Telephone: 212 425-1900
Facsimile: 212 425-1901
Michael E. Unger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROXY INC. MEMPHIS SHIPPING PTE LTD,
DYNASTIC MARITIME INC. and
SAMANTHA SHIPMANAGEMENT GROUP,

         12 cv 3625 (LAK)

       *Petitioner,*

-against-

         **RULE 7.1 STATEMENT**

INTERNATIONAL OIL OVERSEAS INC., MARINA
\WORLD SHIPPING CORP., GRESHAM WORLD
SHIPPING CORP., TARAZONA SHIPPING CO., S.A.,
QUOIN ISLAND MARINE WL, BAKRI TRADING CO.
INC., SCHIFF HOLDING CO. S.A. and
TRANS MEDITERRANEAN SHIPPING INC.

       *Respondents.*
-----------------------------------------------------------------x

  Respondents, MARINA WORLD SHIPPING CORP., GRESHAM WORLD SHIPPING CORP., TARAZONA SHIPPING CO., S.A., QUOIN ISLAND MARINE WL, BAKRI TRADING CO. INC., SCHIFF HOLDING CO. S.A. and TRANS MEDITERRANEAN SHIPPING INC., by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that they are private (non-

385415.1

governmental) parties and have no corporate parent, and that no publicly-held corporation in the United States owns 10% or more of their stock.

Dated: New York, New York
May 14, 2012

        FREEHILL, HOGAN & MAHAR, LLP
        Attorneys for Respondents
        MARINA WORLD SHIPPING CORP.,
        GRESHAM WORLD SHIPPING CORP.,
        TARAZONA SHIPPING CO., S.A., QUOIN
        ISLAND MARINE WL, BAKRI TRADING CO.
        INC., SCHIFF HOLDING CO. S.A. and
        TRANS MEDITERRANEAN SHIPPING INC.

By: _____/S/_____
     Michael E. Unger
     80 Pine Street
     New York, New York 10005-1759
     Telephone: 212 425-1900

TO:   BROWN GAVALAS & FROMM LLP
      Attorneys for Petitioners
      ROXY INC. MEMPHIS SHIPPING PTE LTD,
      DYNASTIC MARITIME INC. and
      SAMANTHA SHIPMANAGEMENT GROUP
      355 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 983-8500
      Facsimile:  (212) 983-5946

385415.1