924-08 /MEU

FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Respondents
MARINA WORLD SHIPPING CORP.,
GRESHAM WORLD SHIPPING CORP.,
TARAZONA SHIPPING CO., S.A., QUOIN
ISLAND MARINE WL, BAKRI TRADING CO.
INC., SCHIFF HOLDING CO. S.A. and
TRANS MEDITERRANEAN SHIPPING INC.
80 Pine Street
New York, New York 10005-1759
Telephone: 212 425-1900
Facsimile: 212 425-1901
Michael E. Unger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROXY INC. MEMPHIS SHIPPING PTE LTD,
DYNASTIC MARITIME INC. and
SAMANTHA SHIPMANAGEMENT GROUP,

          *Petitioner,*

 -against-

INTERNATIONAL OIL OVERSEAS INC., MARINA
\WORLD SHIPPING CORP., GRESHAM WORLD
SHIPPING CORP., TARAZONA SHIPPING CO., S.A.,
QUOIN ISLAND MARINE WL, BAKRI TRADING CO.
INC., SCHIFF HOLDING CO. S.A. and
TRANS MEDITERRANEAN SHIPPING INC.

          *Respondents.*
-----------------------------------------------------------------x

12 cv 3625 (LAK)

**NOTICE OF APPEARANCE**

 PLEASE TAKE NOTICE that Freehill, Hogan & Mahar LLP hereby enters its appearance as counsel on behalf of Respondents, MARINA WORLD SHIPPING CORP., GRESHAM WORLD SHIPPING CORP., TARAZONA SHIPPING CO., S.A., QUOIN ISLAND MARINE WL, BAKRI TRADING CO. INC., SCHIFF HOLDING CO. S.A. and TRANS MEDITERRANEAN SHIPPING INC.

385418.1

PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should also be served on Freehill, Hogan & Mahar LLP at the address indicated below, as counsel for Respondents.

Dated: New York, New York
      May 14, 2012

Dated: New York, New York
      May 14, 2012

    FREEHILL, HOGAN & MAHAR, LLP
    Attorneys for Respondents
    MARINA WORLD SHIPPING CORP.,
    GRESHAM WORLD SHIPPING CORP.,
    TARAZONA SHIPPING CO., S.A.,
    QUOIN ISLAND MARINE WL, BAKRI
    TRADING CO. INC., SCHIFF HOLDING
    CO. S.A. and TRANS MEDITERRANEAN
    SHIPPING INC.

By: _____/S/_____
Lawrence J. Kahn
80 Pine Street
New York, New York 10005-1759
Telephone: 212 425-1900

TO: BROWN GAVALAS & FROMM LLP
    Attorneys for Petitioners
    ROXY INC. MEMPHIS SHIPPING PTE LTD,
    DYNASTIC MARITIME INC. and
    SAMANTHA SHIPMANAGEMENT GROUP
    355 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 983-8500
    Facsimile:  (212) 983-5946