924-08/MEU
FREEHILL HOGAN & MAHAR, LLP
*Attorneys for Respondents*
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger
Lawrence J. Kahn
Susan Lee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROXY INC., MEMPHIS SHIPPING PTE LTD., DYNASTIC MARITIME INC. and SAMANTHA SHIPMANGEMENT GROUP,<br><br>                          Petitioners,<br><br>    - against -<br><br>INTERNATIONAL OIL OVERSEAS, INC., MARINA WORLD SHIPPING CORP., GRESHAM WORLD SHIPPING CORP., TARAZONA SHIPPING CO., S.A., QUOIN ISLAND MARINE WL, BAKRI TRADING COMPANY INC., SCHIFF HOLDING CO. S.A., and TRANS MEDITERRANEAN SHIPPING INC.,<br><br>                          Respondents. | 12 Civ. 3625 (LAK)<br><br>**NOTICE OF CROSS-MOTION TO DISMISS PETITION** |

SIRS:

**PLEASE TAKE NOTICE** that Respondents International Oil Oversas, Inc., Marina World Shipping Corp., Gresham World Shipping Corp., Tarazona Shipping Co., S.A., Quoin Island Marine WL, Bakri Trading Company Inc., Schiff Holding Co. S.A., and Trans Mediterranean Shipping Inc. (collectively, "Respondents"), by their attorneys Freehill Hogan & Mahar, LLP, upon the accompanying Memorandum of Law and Declarations of Luis G. Raven, Hassan Mahassni, Hatem Alshreef, Fahid Ghalib, Ahmed Morshedy, Tariq Mousa, Jumma Hussain, Mohammed Osma Adolay, Sameer Sikander and Michael Smith and the pleadings and

1

386321.1

proceedings heretofore had herein will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York, on behalf of all Respondents, for dismissal of the Petition on *forum non conveniens* grounds and pursuant to Fed.R.Civ.P. Rule 12(b) and for such other, further and different relief as the Court may deem just and appropriate in the premises, including but not limited to an award of costs, attorneys fees and interest.

Dated: New York, New York
       June 18, 2012

                      FREEHILL HOGAN & MAHAR, LLP
                      *Attorneys for Respondents*

By: _____
     Michael E. Unger
     Lawrence J. Kahn
     Susan Lee
     80 Pine Street
     New York, NY 10005
     (212) 425-1900 / (212) 425-1901 fax

TO:   Brown Gavalas & Fromm LLP
       Attorneys for Petitioners
       355 Lexington Avenue
       New York, NY 10017
           Attn:  Peter Skoufalos

386321.1