**BROWN GAVALAS & FROMM LLP**

**MEMO ENDORSED**

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/12

June 25, 2012

**BY HAND**

RECEIVED
JUN 26 2012
JUDGE KAPLAN'S CHAMBERS

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Roxy Inc., *et al.* v. International Oil Overseas Inc., *et al.*
      Docket No.: 12 Civ. 3625 (LAK) (MHD)
      Our File No.: 1545.0032

Dear Judge Kaplan:

We represent the Petitioners in this action and we write to request a modification of the briefing schedule with respect to the Petition and Respondents' cross-motion to dismiss.

As the Court is aware, Petitioners commenced this action on May 5, 2012 by filing a Petition to recognize and enforce a foreign arbitration award. On June 18, 2012, Respondents filed an opposition to the Petition, as well as a cross-motion to dismiss the Petition. Petitioners would like to submit a consolidated response in connection with both the Petition and cross-motion. Accordingly, Petitioners respectfully request that the Court endorse a briefing schedule whereby Petitioners' reply/opposition is due on July 13, 2012, and Respondents' reply is due on July 27, 2012. Respondents' counsel has consented to this request. This is Petitioners' first request for an extension of the briefing schedule.

We thank the Court in advance for its consideration.

Respectfully submitted,

BROWN GAVALS & FROMM LLP

Peter Skoufalos

Granted. Oral argument
on 6/25/12 order adjourned
sine die.

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
6/26/12

**BROWN GAVALAS & FROMM LLP**

The Honorable Lewis A. Kaplan
June 25, 2012
Page 2 of 2

cc:    Michael E. Unger, Esq.
       Freehill Hogan & Mahar LLP
       (By E-Mail – unger@freehill.com)