# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAIR SPIRIT MARITIME LTD.,

        Plaintiff,

- against -

INTERNATIONAL OIL OVERSEAS INC.,
a/k/a IOOI, MARINA WORLD SHIPPING
CORP., GRESHAM WORLD SHIPPING
INC., BAKRI TRADING CO. INC.,
TARAZONA SHIPPING CO., S.A., SCHIFF
HOLDING CO. S.A. and QUOIN ISLAND
MARINE WL,

        Defendants.
------------------------------------------------------------X

08 Civ. 10109 (WHP)

ECF CASE

\#_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2010

## JUDGEMENT CONFIRMING ARBITRATION AWARD

    WHEREAS, the Plaintiff having moved for the Recognition, Confirmation and Enforcement of the underlying Final Arbitration Award dated January 10, 2010 as a Judgment of this Court, pursuant to 9 U.S.C. §201 *et. seq.*;

    WHEREAS, the Court issued an Order on May 28, 2010 granting Plaintiff's Motion and there being no just reason for delay in the entry of a judgment, it is hereby:

    ORDERED, ADJUDGED and DECREED: That said arbitration award be recognized, confirmed and enforced as a Judgment of this Court against Defendants and in favor of the Plaintiff in the amount of **$428,271.83**;

    IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED that once Defendants' time to appeal expires, all appeals are exhausted and/or the parties enter into an agreement providing for how the bond shall be disbursed, Travelers Casualty and Surety Company of America, which posted a bond on Defendants' behalf for Plaintiff's claims and any

judgments rendered in Plaintiff's favor in this matter shall pay the above amount (**$428,271.83**) to Plaintiff's counsel, Lennon, Murphy, Caulfield & Phillips in satisfaction of the instant judgment, and that the bond shall remain in place until Plaintiff confirms that no further awards or judgments are to be issued with regards to Plaintiff's claims and confirmed against the bond;

IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED this Court retains jurisdiction to issue a revised Judgment reflecting the increased interest due under the arbitration award(s) should enforcement of this Judgment be delayed by Defendants' actions including, but not limited to, filing an appeal;

IT IS HEREBY FURTHER ORDERED, ADJUGED AND DECREED that this Court reserves jurisdiction over this matter for the purposes of issuing orders necessary to aid enforcement of this Judgment.

Dated: New York, New York
June __, 2010

_____
U.S.D.J.

## DAMAGES DUE UNDER ARBITRATION AWARD

| | |
|---|---|
| Principal amount: | $334,978.52 |
| Interest on principal amount: 5.25%, compounded quarterly from June 22, 2007 to June 4, 2010 | $55,788.87 |
| Cost of Award: £7,587.00 | $11,026.78 |
| Interest on Cost of Award: 4%, compounded quarterly from January 21, 2010 until June 4, 2010 | $162.26 |
| Attorneys fees and costs awarded by arbitrators €19,392 | $23,350.78 |
| Interest on attorneys fees and costs 4%, compounded quarterly from January 20, 2010 until June 4, 2010: | $346.18 |
| Costs of assessing Attorneys fees and costs: £1,800 | $2,618.44 |
| Interest on the above: | n/a at this time |
| **Total** | **$428,271.83** |

Plaintiff reserves the right to revise the above amount and/or obtain a further and/or revised judgment in this action if enforcement is delayed by actions of the Defendants, including appeal.

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

**Date:**

**In Re:**

-v-

**Case #:**              (         )

Dear Litigant,

Enclosed is a copy of the judgment entered in your case.

Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $450.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

**Ruby J. Krajick, Clerk of Court**

by: _____

, Deputy Clerk

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
------------------------------------------------------X
                                                      |
                                                      |        **NOTICE OF APPEAL**
                                                      |
              -V-                                     |
                                                      |
                                                      |        civ.            (    )
                                                      |
------------------------------------------------------X
```

     Notice is hereby given that _____
                                                                                                   (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the _____ day of _____, _____ .
                                    (day)           (month)     (year)

                                                        _____
                                                              (Signature)

                                                        _____
                                                              (Address)

                                                        _____
                                            (City, State and Zip Code)

Date: _____                  (   )_____ - _____
                                                            (Telephone Number)

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 1

# United States District Court
## Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
------------------------------------------------X
                                                |
                                                |   MOTION FOR EXTENSION OF TIME
                                                |   TO FILE A NOTICE OF APPEAL
                   -V-                          |
                                                |
                                                |   civ.            (    )
                                                |
                                                |
------------------------------------------------X
```

     Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully
(party)
requests leave to file the within notice of appeal out of time. _____
(party)
desires to appeal the judgment in this action entered on _____ but failed to file a
(day)
notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____       ( ) _____-_____
(Telephone Number)

**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be <u>received</u> in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

FORM 2

# United States District Court
## Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-------------------------------------------------------X
                                                       |
                                                       |     NOTICE OF APPEAL
                                                       |            AND
              -V-                                      |   MOTION FOR EXTENSION OF TIME
                                                       |
                                                       |        civ.         (   )
                                                       |
-------------------------------------------------------X
```

1. Notice is hereby given that _____ hereby appeals to
                                                      (party)

   the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
   [Give a description of the judgment]

2. In the event that this form was not received in the Clerk's office within the required time

   _____ respectfully requests the court to grant an extension of time in
         (party)

   accordance with Fed. R. App. P. 4(a)(5).

   a. In support of this request, _____ states that
                                           (party)

   this Court's judgment was received on _____ and that this form was mailed to the
                                (date)

   court on _____ .
         (date)

                                                       _____
                                                                 (Signature)

                                                       _____
                                                                 (Address)

                                                      _____
                                               (City, State and Zip Code)

Date: _____                          (   ) _____ - _____
                                                            (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS

FORM 3

## United States District Court
## Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-------------------------------------------------------X
                                                       |
                                                       |      AFFIRMATION OF SERVICE
                                                       |
                 -V-                                   |
                                                       |
                                                       |      civ.            (   )
                                                       |
-------------------------------------------------------X
```

I, _____ , declare under penalty of perjury that I have

served a copy of the attached _____

_____

upon _____

_____

whose address is: _____

_____

Date: _____
      New York, New York

                                            _____
                                                         (Signature)

                                            _____
                                                          (Address)

                                            _____
                                            (City, State and Zip Code)

<u>APPEAL FORMS</u>