# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAIR SPIRIT MARITIME LTD.

                        Plaintiff,

vs.

INTERNATIONAL OIL OVERSEAS INC. a/k/a IOOI, MARINA WORLD SHIPPING CORP., GRESHAM WORLD SHIPPING INC., BAKRI TRADING INC., TARAZONA SHIPPING CO., S.A., SCHIFF HOLDING CO. S.A. and QUOIN ISLAND MARINE WL.

                        Defendant.

08 Civ. 10109 (WHP)

**DECLARATION OF ABDUL KADER EL AMIN PURSUANT TO 28 U.S.C. § 1746**

---

ABDUL KADER EL AMIN hereby declares pursuant to 28 U.S.C. § 1746, that:

1. I am a director of defendant International Oil Overseas Inc. ("IOOI").

2. IOOI is not related to Bakri Trading Inc. (individually "Bakri Trading") and defendants Marina World Shipping Corp., Gresham World Shipping Inc., Tarazona Shipping Co., S.A., Schiff Holding Co. S.A. and Quoin Island Marine WL (collectively with "Bakri Trading," the "Bakri Trading Defendants").

3. The members of the board of directors IOOI are Mr. Abdul Kader Mohammed El Amin, Mr. Fahad Galib and Mr. Saber Abu Ammra.

4. The principal place of business of IOOI is P.O. 1396, Fujairah, United Arab Emirates.

5. IOOI has a long standing business relationship with the Bakri Trading Defendants.

6. IOOI engages in the chartering, re-chartering and sub-chartering of vessels for different companies, including but not limited to the Bakri Trading Defendants.

7. At all times, transactions between any of the Bakri Trading Defendants and IOOI are at arm's length.

8. From time to time, IOOI has accepted payments made on its behalf by Bakri Trading to other companies as a set-off against money Bakri Trading owes to IOOI.

9. Similarly, from time to time, IOOI has accepted payments made on its behalf by Marina World to other companies as a set-off against money Marina World owes to IOOI.

10. No officer or director of IOOI, nor does IOOI itself, have any control over the operations of any of the Bakri Defendants.

11. No officer or director of any of the Bakri Defendants, nor do the Bakri Defendants themselves, have any control over the operations of IOOI.

12. The Bakri Trading Defendants and IOOI have no common officers, directors, or employees nor conduct business as a common enterprise.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 2, 2010

By: _____
ABDUL KADER EL AMIN

SK 26578 0005 1087270